ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN 29 2009
CLERK, U.S. DISTRICT COURT
BY _____
DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § § | MAGISTRATE NO. 3-09-MJ-207 |
| JESSE WILLIAM MCGRAW | § | |

## MOTION FOR DETENTION

The United States moves for pretrial detention of defendant, **Jesse William McGraw**, pursuant to 18 U.S.C. §3142(e) and (f).

1. <u>Eligibility of Case.</u>   This case is eligible for a detention order because the case involves (check all that apply):

    \_\_\_\_ Crime of violence (18 U.S.C. §3156);

    \_\_\_\_ Maximum sentence life imprisonment or death

    \_\_\_\_ 10 + year drug offense

    \_\_\_\_ Felony, with two prior convictions in above categories

    _X_ Serious risk defendant will flee

    _X_ Serious risk obstruction of justice

    \_\_\_\_ Felony involving a minor victim

    \_\_\_\_ Felony involving a firearm, destructive device, or any other dangerous weapon

Motion for Detention - Page 1

_____ Felony involving a failure to register (18 U.S.C. § 2250)

2. <u>Reason for Detention.</u>  The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

_X_ Defendant's appearance as required

_X_ Safety of any other person and the community

3. <u>Rebuttable Presumption.</u>  The United States will/will not invoke the rebuttable presumption against defendant because (check one or both):

_____ Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C.§924(c)

_____ Probable cause to believe defendant committed a federal crime of terrorism, 18 U.S.C. §2332b(g)(5)

_____ Probable cause to believe defendant committed an offense involving a minor, 18 U.S.C. §§1201, 2251

_____ Previous conviction for "eligible" offense committed while on pretrial bond

4. <u>Time For Detention Hearing.</u>  The United States requests the Court conduct the detention hearing,

_____ At first appearance

_X_ After continuance of _2_ days (not more than 3).

DATED this _29th_ day of June, 2009.

Motion for Detention - Page 2

Respectfully submitted,

JAMES T. JACKS
ACTING UNITED STATES ATTORNEY

_____
CANDINA S. HEATH
Assistant United States Attorney
Texas Bar No. 09347450
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Telephone: 214.659.8634
Facsimile: 214.767.2846

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on counsel for the defendant in accordance with the Federal Rules of Criminal Procedure on this  29th  day of June, 2009.

_____
CANDINA S. HEATH
Assistant United States Attorney