ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN 29 2009
CLERK, U.S. DISTRICT COURT
BY _____
DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | CRIMINAL NUMBER: |
| ) | 3-09-MJ-207 |
| JESSE WILLIAM MCGRAW ) | |

**ORDER APPOINTING FEDERAL PUBLIC DEFENDER**

The Court, having considered the report of the Pretrial Services Agency and the statements and representations of the Defendant, finds that the Defendant is financially unable to obtain counsel, and

IT IS, THEREFORE, ORDERED pursuant to Title 18, United States Code, Section 3006A, that the Federal Public Defender for the Northern District of Texas is appointed as counsel of record for the above named Defendant. Such appointment shall be for all proceedings, including any appeal.

SIGNED June 29, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

In custody
Prel & Det hrg 7-1-09, 2:30pm