

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUL 2 2 2009

CLERK, U.S. DISTRICT COURT
By_____
Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | § |
| | § No. |
| JESSE WILLIAM MCGRAW (1) | § **3-09 CR 2 1 0-B** |
| also known as Ghost Exodus | § |

# INDICTMENT

The Grand Jury Charges:

## COUNT ONE
### Transmitting a Malicious Code
(18 U.S.C. §1030(a)(5)(A) and §1030(c)(4)(B)(i)(II))

From in or about April 2009 and continuing through in or about June 2009, in the

Dallas Division of the Northern District of Texas, defendant **Jesse William McGraw**,

also known as Ghost Exodus, did knowingly cause the transmission of a program, code,

and command, and as a result of such conduct, intentionally caused damage without

authorization to a protected computer used in interstate commerce and communication

and owned by the Carrell Clinic, located at 9301 North Central Expressway, Dallas,

Texas; that is, a computer used to maintain patient medical records for the diagnosis and

treatment of the Carrell Clinic patients, in that **McGraw** transmitted a malicious program,

code, and command that gave **McGraw** the potential to modify and impair medical

examinations, diagnoses, treatments, or care of one or more individuals.

In violation of 18 U.S.C. §1030(a)(5)(A) and §1030(c)(4)(B)(i)(II).

**Indictment - Page 1**

<u>COUNT TWO</u>
Transmitting a Malicious Code
(18 U.S.C. §1030(a)(5)(A) and §1030(c)(4)(B)(i)(II) and (IV))

From in or about April 2009 and continuing through in or about June 2009, in the

Dallas Division of the Northern District of Texas, defendant **Jesse William McGraw**, did

knowingly cause the transmission of a program, code, and command, and as a result of

such conduct, intentionally caused damage without authorization to a protected computer

used in interstate commerce and communication and owned by the North Central Surgery

Center and other tenants in the Carrell Clinic building, located at 9301 North Central

Expressway, Dallas, Texas; that is, a HVAC computer controlling the heating, ventilation,

and air conditioning for the North Central Surgery Center and other tenants, in that

**McGraw** transmitted a malicious program, code, and command that gave **McGraw** the

potential to modify the operations of the building HVAC system resulting in the

impairment of patient medical examinations, diagnoses, treatments, or the care of one or

more individuals, and threatened public health and safety.

In violation of 18 U.S.C. §1030(a)(5)(A) and §1030(c)(4)(B)(i)(II) and (IV).

A TRUE BILL:

FOREPERSON

JAMES T. JACKS
ACTING UNITED STATES ATTORNEY

CANDINA S. HEATH
Assistant United States Attorney
State of Texas Bar No. 09347450
1100 Commerce Street, 3rd Floor
Dallas, Texas 75242
Telephone: 214.659.8600
candina.heath@usdoj.gov

**Indictment - Page 3**

~~ORIGINAL~~

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

**Related Case Information**

Superseding Indictment: ☐ Yes ☒ No   New Defendant: ☒ Yes ☐ No

Pending CR Case in NDTX: ☐ Yes ☒ No   If Yes, number:

Search Warrant Case Number 3:09-MJ-208; 3:09-MJ-209; 3:09-MJ-210

R 20 from District of _N/A_

Magistrate Case Number: 3:09-207-MJ

1. **Defendant Information**

   Juvenile: ☐ Yes ☒ No

   If Yes, Matter to be sealed:

   ☐ Yes   ☒ No

   Defendant Name _____ JESSE WILLIAM MCGRAW (1)

   Alias Name _____ a/k/a Ghost Exodus

   Address _____ 2801 Trinity Oaks Dr., #328

   _____ Arlington, TX 76001

   County in which offense was committed: _____ Dallas

2. **U.S. Attorney Information**

   Candina S. Heath _____   Bar # _09347450_

3. **Interpreter**

   ☐ Yes ☒ No   If Yes, list language and/or dialect: _____

4. **Location Status**

   ☒ Already in Federal Custody _6/29/09_ in Seagoville, TX
   ☐ Already in State Custody
   ☐ On Pretrial Release

   RECEIVED
   BY _____
   JUL 22 2009
   CLERK, U.S. DISTRICT COURT
   NORTHERN DISTRICT OF TEXAS

5. **U.S.C. Citations**

   Total # of Counts as to This Defendant:   2   ☐ Petty   ☐ Misdemeanor   ☒ Felony

   | Citation | Description of Offense Charged | Count(s) |
   |---|---|---|
   | 18 U.S.C. § 1030(a) (5)(A) and 18 U.S.C. § 1030(c)(4)(B)(i)(II) | Transmitting a Malicious Code | 1 |
   | 18 U.S.C. § 1030(a)(5)(A) and 18 U.S.C. § 1030(c)(4)(B)(i)(II) and IV | Transmitting a Malicious Code | 2 |

   Date _7-13-09_   Signature of AUSA: _____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

> U.S. DISTRICT COURT
> NORTHERN DISTRICT OF TEXAS
> **FILED**
>
> JUL 22 2009
>
> CLERK, U.S. DISTRICT COURT
> By _____
>         Deputy

UNITED STATES OF AMERICA

v.

JESSE WILLIAM MCGRAW (1)

INDICTMENT

**3-09 CR - 2 1 0 - B**

18 U.S.C. § 1030(a)(5)(A) and § 1030(c)(4)(B)(i)(II)
Transmitting a Malicious Code

18 U.S.C. 1030(a)(5)(A) and § 1030(c)(4)(B)(i)(II) and (IV)
Transmitting a Malicious Code

2 Counts

A true bill rendered:

_____

DALLAS                                                        FOREPERSON

Filed in open court this _____day of _____, A.D. 2009.

_____
                                                                      Clerk

JESSE WILLIAM MCGRAW - In Custody (Seagoville)

_____
UNITED STATES  DISTRICT/MAGISTRATE JUDGE

7/22/09

Criminal Complaint 3:09-MJ-207
Magistrate Case No. 3:09-207-MJ