UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CRIMINAL ACTION NO. |
| v. | § | |
| | § | 3:09-CR-210-B(01) |
| JESSE WILLIAM MCGRAW, | § | ECF |
| | § | |
| Defendant. | § | |

## ORDER

On this 11th day of August, 2009, the Unopposed Motion for Continuance as to defendant JESSE WILLIAM MCGRAW came before the Court for consideration. The Court is of the opinion that the motion has merit and should be granted. In accordance with 18 U.S.C. § 3161(h)(8)(A), the Court finds that the ends of justice served by the granting of a continuance of the trial date outweigh the best interests of the public and the defendant in a speedy trial. The Court finds that the granting of the Unopposed Motion for Continuance would promote judicial economy, and that neither the defendant nor the government would be harmed by the granting a continuance herein.

IT IS THEREFORE ORDERED that the case is reset from the Court's September 14, 2009 trial docket to December 14, 2009 at 9:00 a.m.. Pretrial Motions are due on November 9, 2009 and responses are due November 23, 2009. Proposed Voir Dire and Jury Instructions are due December 4, 2009. The Pretrial Conference is set for December 11, 2009 at 2:00 p.m.

The remainder of the Court's Criminal Trial Scheduling Order dated August 3, 2009 remains in effect.

SO ORDERED.

SIGNED on the 13th day of August, 2009

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE