UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| | § | CRIMINAL ACTION NO. |
| v. | § | |
| | § | 3:09-CR-210-B(01) |
| JESSE WILLIAM MCGRAW, | § | ECF |
| Defendant. | § | |

## ORDER

On this 4th day of December, 2009, the Unopposed Motion for Continuance as to defendant JESSE WILLIAM MCGRAW came before the Court for consideration. The Court is of the opinion that the motion has merit and should be granted. In accordance with 18 U.S.C. § 3161(h)(8)(A), the Court finds that the ends of justice served by the granting of a continuance of the trial date outweigh the best interests of the public and the defendant in a speedy trial. The Court finds that the granting of the Unopposed Motion for Continuance would promote judicial economy, and that neither the defendant nor the government would be harmed by the granting a continuance herein.

IT IS THEREFORE ORDERED that the case is reset from the Court's December 14, 2009 trial docket to February 16, 2010. Pretrial Motions are due January 8, 2010 and responses are due January 22, 2010. Proposed Voir Dire and Jury Instructions are due February 5, 2010. The Pretrial Conference is set for February 12, 2010 at 2:00 p.m.

The remainder of the Court's original Criminal Trial Scheduling Order remains in effect.

SO ORDERED.

SIGNED on the 7th day of December, 2009.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE