UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Plaintiff, | § § | CRIMINAL ACTION NO. |
| v. | § § | 3:09-CR-210-B(01) |
| JESSE WILLIAM MCGRAW, | § § | ECF |
| Defendant. | § § | |

## ORDER

The Court orders this case be set for trial on May 24, 2010 at 9:00 a.m.. Pretrial Motions are due on April 16, 2010 and responses are due April 30, 2010. Proposed Voir Dire and Jury Instructions are due May 14, 2010. The Pretrial Conference is set for May 21, 2010 at 2:00 p.m.

SO ORDERED.

SIGNED on the 18th day of February, 2010

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE