IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 3:09-CR-210-B |
| | § | |
| JESSE WILLIAM MCGRAW  (1) | § | |

### ORDER DECLARING PLEA AGREEMENT NULL AND VOID

On this day came on to be considered the Government's Motion to Withdraw, Rescind, and Void Plea Agreement, and after due review, the Court finds the motion meritorious.

IT IS ORDERED that the Plea Agreement filed on February 2, 2010, is null and void, and the government and the defendant are release from their respective obligations created under said Plea Agreement.

SO ORDERED.

SIGNED this 5th day of March 2010.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE