IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 3:09-CR-210-B |
| | § | |
| JESSE WILLIAM MCGRAW  (1) | § | |

GOVERNMENT'S MOTION FOR PROTECTIVE ORDER

The United States of America respectfully files this Motion for Protective Order in order to protect the personal information and financial information.

1.   The government has provided and continues to provide access to and/or copies of all items of evidentiary value to the defense.  The government recently obtained a hard drive from the Cirrus Group, the real estate development company located in the North Central Medical Plaza, at 9301 North Central Expressway, Dallas, Texas.  The hard drive was from the Dell Optiplex Workstation SN#XXXXK91, bearing serial number CN-08DXXX-XXXX-XXX-84Z4 (referred to herein as the 84Z4 hard drive).  The government is in the process of copying the data from the 84Z4 hard drive onto a hard drive provided by the defense for discovery.  Special Agent Singh advised the undersigned that a Cirrus Group representative explained that personal and financial information belonging to an employee of the Cirrus Group existed on the computer.  The employee of the Cirrus Group is not a witness and is not related to the instant case.  The

**Government's Motion for Protective Order - Page 1**

government does not anticipate that the personal and financial information would be of evidentiary value.

2.     The government requests this Court to issue a protective order to govern the treatment of all personal and financial information contained on the 84Z4 hard drive. Specifically the government requests this Honorable Court to order that no party to this action and no person hired or employed by the parties for the purpose of assisting in the preparation for trial in this case, shall disclose any personal and financial information contained on the 84Z4 hard drive to any person or entity that is not a party to this action, without seeking the express approval of the Court.

    Respectfully submitted,

    JAMES T. JACKS
    United States Attorney

    S/ Candina S. Heath
    CANDINA S. HEATH
    Assistant United States Attorney
    Texas State Bar. No. 09347450
    1100 Commerce Street, 3d Floor
    Dallas, Texas  75242
    Telephone: 214.659.8600

## CERTIFICATE OF CONFERENCE

I hereby certify that on or about March 3, 2010, I left a message for John Nicholson to advise him of my intent to file this motion, and requested his position. Between March 5, 2010 and March 9, 2010, John Nicholson made suggestions as to the wording and advised the undersigned that he did not oppose the motion.

                                            S/ Candina S. Heath
                                            CANDINA S. HEATH
                                            Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2010, I electronically filed the foregoing document with the clerk for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to John Nicholson, attorney for McGraw, who consented in writing to accept this Notice as service of a document by electronic means.

                                            S/ Candina S. Heath
                                            CANDINA S. HEATH
                                            Assistant United States Attorney