U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAR 15 2010

CLERK, U.S. DISTRICT COURT
By _____
        Deputy

3-10-10

Dear: Honorable Judge Jane Boyle,

I am writing you in reguards to my court appointed attorney; John M. Nicholson. There is a strong animosity between us for the obvious reasons below. He lacks the computer knowledge, Technical Savviness reguarding the elements of my case. Recently, I filed a Grievance form with the Tx State Bar reguarding ineffective, negligent assistance and misconduct as I see it. He antagonizes my Wife and Mother over the Telephone; recently, reguarding the fact that my grievance was dismissed. Nicholson, and his boss find it humorous that I try to study my case with what limited resources I have, and have insulted me numerous occasions for my attempt to learn. Dan James, the Chief Forensics Investigator for the Public Defenders office, who is assisting Nicholson, is making effort to understand the Technicalities in my case, but is still lacking understanding, thus, misinterpreting my forensic discoveries. Nicholson simply will not respond to my inquiries reguarding my Transcripts and various motions that I believe necessary. Nicholson in a written Letter, is aware of the governments perjury against me, displaying false Testimonies verbally and on paper, and attempts to ashure me that it is of "Minimal Significance." Last but not Least, he is aware that my rights reguarding 14th Ammendment, protection from selective prosecution is completely violated, for the government is aware of over 20 individuals who are neither questioned or prosecuted.

Please, honorable Judge, forgive my lack of knowledge on how to properly request a <u>new</u> Court appointed attorney. Given these circumstances; we are mal-equipted here for Legal Resources, and should never have to rely on Jail house Lawyers in order to gain equal advantage.

Thank you for your Time,
and May God bless you,

Sincerely,   Case#: 3:09-CR-210-B
Jesse McGraw