UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CRIMINAL ACTION NO. |
| v. | § | 3:09-CR-210-B |
| | § | |
| JESSE WILLIAM MCGRAW, | § | |
| | § | |
| Defendant. | § | |

## ORDER

On this 18th day of March, 2010, the Defense's Motion to For Hearing to Determine Defendant's Choice Regarding Counsel came on for consideration. The Court is of the opinion a hearing should be held on the motion.

Accordingly, IT IS ORDERED that a hearing on the Defense's motion shall be held on March 25, 2010 at 10:00 a.m.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE