

**Dear:** Honorable Magistrate Judge Sanderson;

Hello sir, my name is Jesse William McGraw. My case #: 3:09-CR-210-B

I am in custody at: FCI, P.O. box 9000, Seagoville, Tx, 75159
Registration# 38690-177

Please forgive the informal nature of this letter. I was sent to Seagoville per
your detention order. My wife is gravely ill, and this sir, is no under statement.
Since my detention order, my wife has suffered in her health tremendously. I was her
primary care taker, for she suffers from Type 1 Hypoglycemia mellitus, her condition
is very severe, and next to impossible to stableize with insulin, etc.
Her blood sugar fluxuates quite randomly making it impossible to predict her current
blood sugar state. I have a doctor's note from her diabetes specialist stating her
condition, as well as EMS reports stating her as being unconscious due to her low
blood sugar. My wife, beatriz cares for our almost 2 year old daughter. But her
health is making even this virtually impossible. Since my detention, she has had
EMS come to her apartment due to low blood sugar. When sugar is so low (around 30 or
less) the brain does not recieve a substantial ammount of oxygen, causing memory cells
in the brain to die off. Just last tuesday she woke up in the emergency room.
A month ago, her blood sugar fell while she was driving to work. She made it into a
gas station and then collapsed unconscious on the floor. Her drivers liscence was
revoked not over a year ago because she got into an accident when her blood sugar
dropped while driving a car.

Please forgive me when i add, I have seen with my own eyes men who are on child
pornography cases recieve pre trial release bond; one of which was the care taker
of his elderly and sick father and he was released to care for his father while
awaiting trial.

Alot of things that was spoken at my Detention/Bond hearing were innacurate, and i
ask you Honorable Judge that if it were at all possible, that You could help me,
help my wife while i await trial. I am willing to comply with any sort of rules
to ensure that I will be present at trial, and not violate any release orders that
could be made.

I ask this of you Humbly and Respectfully,

_____
Jesse    William    McGraw

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**
APR - 6 2010
CLERK, U.S. DISTRICT COURT
By _____
Deputy

03  28  2010



DIABETES AND THYROID
CENTER OF FORT WORTH

December 14, 2009

To Whom It May Concern:

Beatriz Bracho (08/27/1984)  is a patient I am treating for Type 1 Diabetes Mellitus.  Her diabetes is uncontrolled and she suffers from severe hypoglycemia.


Dr. Chris Bajaj
Board Certified Endocrinologist.

| Name | Beatrice Bright | | Phone | | | DOB 8-27-8_ |
|------|------|------|------|------|------|------|
| Address | | | Age | Sex | Race | Weight |
| City | | State | | Zip | | Doctor |

## Initial Observed Condition

- ☐ conscious
- ☐ semi-conscious
- ☑ unconscious
- ☐ cardiac arrest
- ☐ trauma arrest
- ☐ obvious death

## Illness/Injury

- ☑ Illness
- ☐ Injury

## Past Medical History

- ☐ asthma
- ☐ cancer
- ☐ cardiac
- ☐ diabetes
- ☐ Hepatitis
- ☐ HIV
- ☐ hypertension
- ☐ terminal Illness
- ☐ kidney/renal
- ☐ other
- ☐ COPD
- ☐ CVA/TIA
- ☐ CHF
- ☐ drug/ETOH
- ☐ seizures
- ☐ tuberculosis
- ☐ psychiatric
- ☐ none

## Medications

## Chief Complaint

AMS

## Pt. Location in Vehicle & Impact Point

Front ___ Rear

Circle pt. location. Indicate impact point with arrow.

## Injury Matrix

- ☐ head
- ☐ face
- ☐ neck
- ☐ chest
- ☐ back
- ☐ abdomen
- ☐ pelvis
- ☐ upper extremity
- ☐ lower extremity

## Initial Arrest Rhythm

- ☐ asystole
- ☐ V-FIB
- ☐ V-TACH
- ☐ PEA
- ☐ Other ___
- ☐ shockable
- ☐ non-shockable

## Drug Allergies

- ☑ NKDA
- ☐ sulfa
- ☐ PCN
- ☐ iodine
- ☐ aspirin
- ☐ codeine

other: ___

## Restraints

- ☐ lap/shoulder
- ☐ air bag
- ☐ unknown
- ☐ child seat
- ☐ lap belt
- ☐ shoulder belt
- ☐ none

## Time Assessed / BP / Pulse / Respiration / Pulse Ox

| Time Assessed | Sys/Dia | Rate | Rhythm | Qual | Rate | Qual | |
|------|------|------|------|------|------|------|------|
| | 111/83 | 110 | | | | | RA 99 % |
| | / | | | | | | NC ___% |
| | / | | | | | | NRB ___% |
| | / | | | | | | O₂ ___% |
| | | | | | | | Other ___% |

## Blood Glucose

| 1st | LO | mg/dl |
| 2nd | 101 | mg/dl |
| 3rd | | mg/dl |

## Lung Sounds

- ☐ clear — L R
- ☐ absent/ — L R
- ☐ decreased — L R
- ☐ wheezes — L R
- ☐ rales/rhonchi — L R

## Glasgow Coma Score

| Eyes | Verbal | Motor |
|------|------|------|
| 4 spontaneous | 5 oriented | 6 obeys |
| 3 to speech | 4 confused | 5 localizes |
| 2 to pain | 3 inappropriate | 4 withdraws |
| ①none | 2 garbled | 3 flexion |
| | 1 none | 2 extension |
| | | 1 none |

## Procedures

- ☐ assisted ventilation
- ☐ backboard
- ☐ bandaging
- ☐ BGA
- ☐ bleeding control
- ☐ burn care
- ☐ cervical immob
- ☐ chest decomp
- ☐ combitube
- ☐ CPR
- ☐ cricothyroidotomy
- ☐ external defib (AED)
- ☐ FBAO
- ☐ IV fluids
- ☐ KED
- ☐ NP airway
- ☐ OB care
- ☐ OP airway
- ☐ oxygen-mask/cannula
- ☐ oxygen-other delivery
- ☐ splint/traction splint
- ☐ suction
- ☐ synch cardiovert
- ☐ transcutaneous pacing
- ☐ vagal maneuvers

## Pediatric Glasgow Coma Score

| Eyes Opening | Best Verbal Response | Best Motor Response |
|------|------|------|
| | | 6 normal spontaneous movement |
| | 5 smiles, fixes & follows | 5 localizes pain, pushes away |
| 4 spontaneous | 4 cries but consolable | 4 withdraws to pain |
| 3 to verbal | 3 persistently irritable | 3 abnormal flexion |
| 2 to pain | 2 restless, agitated | 2 abnormal extension |
| 1 no response | 1 no response | 1 no response |

## Skin

| Color | Temp | Appearance |
|------|------|------|
| ☐ ashen | ☐ cool | ☐ normal |
| ☐ cyanotic | ☐ cold | ☐ dry |
| ☐ gray | ☐ warm | ☐ diaphoretic/ |
| ☐ yellow | ☐ hot | sweaty |
| ☐ mottled | | |
| ☐ pale | | |

## Pupils

| | Left | Right |
|------|------|------|
| reactive | Y N | Y N |
| normal size | | |
| constricted | | |
| dilated | | |
| not assessed | | |
| no response | | |

## Mental Status

| | | |
|------|------|------|
| alert | Y | N |
| respond to voice | Y | N |
| respond to pain | Y | N |
| unresponsive | Y | N |
| Oriented to: | | |
| person | Y | N |
| place | Y | N |
| time | Y | N |
| event | Y | N |

## OB/GYN

Last menstrual period

Pregnant ___ mo ___ wk

# pregnancies ___

# live births ___

BOW: intact   broken

Contractions:

___ min apart

___ sec duration

Limbs : blue   absent  0    no response    0    flaccid    0    absent   0
Blue or pale   0

Time
____   ____   +   ____   +   ____   +   ____   +   ____
____   +   ____   +   ____   +   ____   +   ____   +   ____

1 minute APGAR score: _____          5 minute APGAR score: _____

| Patient Status |
| --- |
| ☐ improved |
| ☐ worsened |
| ☐ no change |

| Mode of Transport |
| --- |
| ☐ Arlington M ____ |
| ☐ helicopter ____ |
| ☐ ground other ____ |

## Intubation

| ID# | Successful | | Tube Size |
| --- | --- | --- | --- |
| | Yes | No | |
| | Yes | No | |
| | Yes | No | |

Time Completed:

### Missed  ETT Reasons
☐ esophageal intubation
  cords not seen
  abnormal anatomy
  emesis/blood
  other _____

### Destination Determined By
☐ 1st responder
  ambulance provider
  patient
☐ other_____

### Advanced Directive
☐ DNR order        ☐ massive head/
☐ decapitation        chest trauma
☐ decomposition    ☐ rigor mortis
☐ dependent lividity

### Methods Verified
☐ breath sounds present        ☐ chest rise
☐ capnometer reading            ☐ epigastric sounds absent
  esophageal detector device    ☐ skin color change
  tub misting                         ☐ vocal cords visual

## Combitube

| ID# | Successful | | Time |
| --- | --- | --- | --- |
| | Yes | No | |

## Drug Administration

| Drug | ID # | Dose | Route | Time | Drug | ID # | Dose | Route | Time |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Glucose | M11 | 15 g | IV | 0630 | | | | | |
| O2 | | 2 Lpm | NC | | | | | | |

C _____

_____

H  changed ~~his~~ insulin yesterday     (-)

_____

A _____

_____

R _____

_____

T _____

_____

E _____

Signature & ID# _____

## Inventory List

| ☐ Intubation | ☐ Oral Glucose | ☐ IV Access | ☐ Defibrillation | ☐ BVM |
| --- | --- | --- | --- | --- |
| ☐ Aspirin | ☐ Albuterol (w/nebulizer) | ☐ Nitroglycerin | ☐ Glucose Check | ☐ D50   ☐ Oxygen |



Jesse McGraw
Reg# 38690-177
FCI, P.O. Box 9000
Seagoville, TX, 75159

3:09-CR-210-B

Magistrate
Judge Sanderson
1100 Commerce St.
Dallas, TX, 75242

Legal Mail