UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,           § | |
| Plaintiff,           § | |
| § | |
| v.           § | Case No. 3:09-CR-210-B |
| § | |
| JESSE WILLIAM MCGRAW,           § | |
| Defendant.           § | |

## UNOPPOSED MOTION FOR CONTINUANCE OF
## PRETRIAL MOTIONS DEADLINE

COMES NOW, **JESSE WILIAM MCGRAW** (Mr. McGraw), by and through his counsel, Assistant Federal Public Defender John M. Nicholson, who moves this Court for a continuance of the pretrial motions deadline, and, in support, submits the following:

In accordance with this Court's Pretrial Order, motions are due in this case today, April 16, 2010.  The defense is still preparing one motion and will not be able to complete it by the end of the day.  The defense requests that this Court allow the defense to file this one motion on Monday, April 19, 2010.  The defense is not asking for a continuance of any other date associated with this case.  The government is not opposed to the relief requested by this motion.

Respectfully submitted,

/s/ John M. Nicholson
John M. Nicholson
Assistant Federal Public Defender
Northern District of Texas
Texas Bar # 24013240
525 Griffin Street, Suite 629
Dallas, Texas 75202
214.767.2746
214.767.2886 (facsimile)
john_nicholson@fd.org
Attorney for Jesse McGraw

**CERTIFICATE OF CONFERENCE**

I, John M. Nicholson, hereby certify that I conferred with the Assistant United States Attorney that is assigned to this case, Ms. Candy Heath, and learned that the government is not opposed to relief requested in this motion.

/s/ John M. Nicholson
John M. Nicholson

**CERTIFICATE OF SERVICE**

I hereby certify that on April 16, 2010 I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this notice as service of this document by electronic means: Assistant U. S. Attorney Candy Heath at candina.heath@usdoj.gov. A copy of the foregoing document was also served by hand-delivery to Ms. Heath at 1100 Commerce St., Third Floor, Dallas, Texas.

/s/ John M. Nicholson
John M. Nicholson