4-12-10

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

APR 1 5 2010

CLERK, U.S. DISTRICT COURT
By_____
          Deputy

Dear: Honorable Judge Jane Boyle;

Forgive me for the informalities of this letter but I felt the need to be able
to express myself in reguards to my case. The reason why I am fighting so
harshly is because my wife is dying. Her health has so rapidly degressed
since my detention alone that she consistantly keeps ending up with emergency
response teams knocking at our door and having to revive her from out of
unconsciousness because she has diabetes (hypoglycemia mellitus type 1).
Since the 10 months of my detention, EMS has come to our house well over 15
different times. Durring these episodes not enough oxygen gets to her brain
and as a result, she is now suffering from amnesia and having trouble remembering
things; brain cells are being killed off quite quickly. I was her primary care
taker before my arrest. I have with me a doctor's note from her diabetes specialist
stating that her condition is uncontrolled, which means that her blood sugar
fluxuates and is at this point impossible to control, making it rather uncontroll-
able. She cares for our almost 2 year old daughter, and holds down a full time
job. My wife, her name is Beatriz and she's only 25, too young to die.
For this very reason I felt John Nicholson was not thinking about my best
interest as he refused time and time again to help me get out on PR bond and
even as I said earlier would withdraw from being my attorney if I was to
file one myself. I am acting out of desperation, your honor. And rather I
feel  a bit confused, as I have seen earlier that the DOJ did even let a man
on a child pornography case out on pre-trial release bond, and yet he isn't
considered a danger to society? My only goal for the time being is to ensure
that my wife is taken care of, because if she breathes her last while I am in
here, there's really no one to care for our daughter. At less than a month
away from trial, I haven't spoken to my attorney for months, i am sure he will
come around a day or so before trial.

I do appreciate your time and thank you for it.
May God Bless you;
Jesse McGraw
Reg#38690-177
FCI P.O. Box 9000
Seagoville Tx 75159

Case No: 3:09-CR-210-B

Medical Documents in my possession Include:

1) Letter From Diabetes Specialist stateing her condition as being "Severe" and Uncontrolled. (12/14/2009)

2) EMT Report @ 5:30 am, EMT's respond to 911 call, find beatriz unconscious. in her bed.

3) Hospital Bill @ 3/23/10 for $1,255.81

4) Ambulance ride to Arlington Memorial Hospital @ 3/23/10 for $1,143.01

Not included in my possession is over 15 EMT Visits in 10 months responding to 911 calls about my wife's blood sugar dropping.