UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

E-FILED
APR 16 2010
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESSE WILLIAM MCGRAW,<br><br>Defendant. | §§§§§§§§§§ CRIMINAL ACTION NO.<br><br>3:09-CR-210-B(01)<br>ECF |

## ORDER

On this 16th day of April, 2010, the Unopposed Motion for Continuance of Pretrial Motions Deadline as to defendant JESSE WILLIAM MCGRAW came before the Court for consideration. The Court is of the opinion that the motion has merit and should be granted.

IT IS THEREFORE ORDERED that the defense may file pretrial motions on or before Monday, April 19, 2010.

SO ORDERED.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE