3:09CR210-B

**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
NORTHERN DISTRICT OF TEXAS
1100 COMMERCE – ROOM 1452
DALLAS, TX 75242-1495

OFFICIAL BUSINESS

RECEIVED
MAY 28 2010
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

U.S. POSTAGE $00.61⁰
PITNEY BOWES
02 1R
0006559449 MAY 17 2010
MAILED FROM ZIP CODE 75242

NIXIE       931   DE 1         00  05/25/10
            RETURN TO SENDER
         ATTEMPTED - NOT KNOWN
            UNABLE TO FORWARD
BC: 75242131052    *0502-12584-17-35

Jesse William McGraw RegNo38690-177
5025 Cote Brilliant Avenue
St Louis, MO 63113

Jesse William McGraw RegNo38690-177
5025 Cote Brilliant Avenue
St Louis, MO 63113

------------------------------------------------------

ORIGINAL



IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
|  | § | 3:09-CR-210-B (01) |
| v. | § |  |
|  | § |  |
| JESSE WILLIAM MCGRAW | § |  |

## SCHEDULING ORDER FOR SENTENCING

The Court adopts the following schedule for sentencing in this case:

1. The **PRESENTENCE REPORT** must be disclosed to the Court, defendant, defendant's counsel, and the attorney for the Government by or before 4:00 P.M., **June 25, 2010.**

2. **WRITTEN OBJECTIONS** to the Presentence Report, or a written statement adopting the findings of the Presentence Report must be delivered by the parties to the Probation Officer, to the Court, and to each other by or before 4:00 P.M., **July 21, 2010.**

3. If written objections to the Presentence Report have been timely made, the Probation Office must disclose any **ADDENDUM** to the Presentence Report by or before 4:00 P.M., **July 28, 2010.**

4. **WRITTEN OBJECTIONS TO THE ADDENDUM** must be delivered to the Court and the Probation Officer by or before 4:00 P.M., **August 4, 2010.**

5. Any motion regarding **DOWNWARD OR UPWARD DEPARTURES or VARIANCES** from the advisory guidelines must be filed at least 14 days before sentencing. All such motions must be **RESPONDED TO in WRITING** at least 7 days before sentencing.

6.  **PLEASE NOTE:** Should counsel for the defendant desire to be present for the initial interview between the defendant and the U.S. Probation Officer, counsel must arrange to do so within three government business days from the date of this Order.

In any case which 18 U.S.C. §§ 3663-64 apply, counsel for the government shall provide to the U.S. Probation Officer, no later than five government business days from the date of this Order, all information necessary for the officer to comply with crime victim restitution requirements.

7.  Sentencing will be at **September 16, 2010 at 1:30 P.M.**

SO ORDERED.

DATED: April 29, 2010

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE