IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 3:09-CR-210-B |
| | § | |
| JESSE WILLIAM MCGRAW (1) | § | |

ORDER

On or about June 24, 2010, the government filed its Motion to Continue the Sentencing Deadlines, and after due review, the Court finds the motion meritorious.

The Sentencing in this matter will remain set for **September 16, 2010,** at 1:30 P.M. The Court grants the government's motion and continues the sentencing deadlines as follows:

1.  The Presentence Report must be disclosed to the Court, defendant, defendant's counsel, and the attorney for the Government by or before 4:00 P.M., **July 9, 2010**.

2.  Written Objections to the Presentence Report, or a written statement adopting the findings of the Presentence Report must be delivered by the parties to the Probation Officer, to the Court, and to each other by or before 4:00 P.M., **August 4, 2010.**

3. If written objections to the Presentence Report have been timely made, the Probation Officer must disclose any Addendum to the Presentence Report by or before 4:00 P.M.. **August 11, 2010.**

4. Written Objections to the Addendum must be delivered to the Court and the Probation Officer by or before 4:00 P.M., **August 18, 2010.**

5. Any motion regarding downward or upward departures or variances from the advisory guidelines must be filed at least 14 days before sentencing. All such motions must be responded to in writing at least 7 days before sentencing.

SO ORDERED.

DATED: June 24, 2010.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE