**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Case No. 3:09-CR-210-B** |
| | § | |
| **JESSE WILLIAM MCGRAW,** | § | **ECF** |
| **Defendant.** | § | |

**DEFENSE COUNSEL'S UNOPPOSED MOTION TO CONTINUE THE**
**DUE DATE FOR PRESENTENCE INVESTIGATION REPORT OBJECTIONS**

TO THE HONORABLE JUDGE JANE J. BOYLE:

Contemporaneously with this motion, undersigned counsel is filing a motion that requests

that this Court grant undersigned counsel permission to withdraw from representing Mr.

McGraw.  The government does not oppose the motion to withdraw.  Undersigned counsel

believes that whether this Court will allow him from withdrawing from this case ought to be

decided prior to the defense filing its response to the PSR.  Accordingly, the defense respectfully

requests that this Court postpone the deadline for objections to the PSR until after the resolution

of undersigned counsel's withdrawal motion.

Respectfully submitted,

/s/ John M. Nicholson
John M. Nicholson
Assistant Federal Public Defender
Northern District of Texas
Texas Bar # 24013240
525 Griffin Street, Suite 629
Dallas, Texas 75202
214.767.2746
214.767.2886 (facsimile)
john_nicholson@fd.org

Attorney for Jesse McGraw

## CERTIFICATE OF CONFERENCE

I, John M. Nicholson, hereby certify that I conferred with Candy Heath, AUSA on the above-referenced motion, and learned that the government does not oppose the relief requested by this motion.

/s/ John M. Nicholson
John M. Nicholson

-

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2010 I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this notice as service of this document by electronic means: Assistant U. S. Attorney Candy Heath at candina.heath@usdoj.gov.  A copy of the foregoing document was also served by hand-delivery to Ms. Heath at 1100 Commerce St., Third Floor, Dallas, Texas.

/s/ John M. Nicholson
John M. Nicholson