UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CRIMINAL NO. 3: 09-CR-210 -B |
| | § | |
| JESSE WILLIAM MCGRAW, (01) | § | |
| | § | |
| Defendant. | § | |

ORDER REFERRING DEFENDANT'S UNOPPOSED
MOTION TO WITHDRAW TO THE MAGISTRATE JUDGE

The defense counsel filed an Unopposed Motion for Permission to Withdraw from Further

Representation of defendant (doc. 57) on August 4, 2010. **The motion is referred to United States**

**Magistrate Judge Irma Ramirez** for hearing, if necessary, and recommendation or determination,

to this Court.

Future pleadings concerning this request shall be filed with a transmittal letter addressed to

Magistrate Judge Ramirez so copies can be sent directly to him/her without delay.

So ORDERED.

SIGNED on the 6th day of August, 2010

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE