IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
|     Plaintiff, | § | |
| | § | No. 3:09-CR-210-B |
| v. | § | |
| | § | [FILED UNDER SEAL] |
| JESSE WILLIAM MCGRAW | § | |
|     Defendant. | § | ECF |
| _____ | § | |

## ORDER GRANTING DEFENSE COUNSEL'S MOTION TO CONTINUE THE DEADLINE FOR PRESENTENCE INVESTIGATION REPORT OBJECTIONS

Comes now before the Court Defense Counsel's Motion to Continue the Deadline for Presentence Investigation Report Objections. After due consideration of said motion and in light of the other relevant pleadings on file, it is the Order of this Court that Defendant's Motion be **GRANTED**. The Court will reset the deadline for filing objections to the PSR by separate order.

SO ORDERED.

SIGNED on the 6th day of August, 2010

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE