IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | 3:09-CR-210-B(01) |
| | ) | |
| JESSIE WILLIAM MCGRAW | ) | |

ORDER

Pursuant to the District Court's *Order Referring Defendant's Unopposed Motion to Withdraw to the Magistrate Judge*, filed on August 6, 2010 (doc. 59), before the Court for determination is *Defense Counsel's Unopposed Motion for Permission to Withdraw from Further Representation of Defendant*, filed August 4, 2010 (doc. 57).

The motion (doc. 57) is **GRANTED**, and John Nicholson is hereby discharged from his responsibilities of representation in this case. New counsel will be appointed by separate order.

SIGNED on this 6th day of August, 2010.

_____
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE