IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 3:09-CR-210-B |
| | § | |
| JESSE WILLIAM MCGRAW (1) | § | |
| also known as Ghost Exodus | § | |

# [PROPOSED] ORDER ON UNOPPOSED MOTION TO CONTINUE SENTENCING DATES AND DEADLINES

On this day the Court considered the *Unopposed Motion To Continue Sentencing Dates And Deadlines* filed herein by Defendant Jesse William McGraw. After considering the same, the Court rules as follows:

_____     The motion is GRANTED, and the Court will issue an amended *Scheduling Order for Sentencing* in conformity with this ruling at a later time.

_____     The motion is DENIED.

Signed on _____, 2010.

_____
Hon. Jane J. Boyle
United States District Judge