IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 3:09-CR-210-B |
| | § | |
| JESSE WILLIAM MCGRAW | § | |

### AMENDED ORDER SETTING HEARING
### ON COMPETENCY OF THE DEFENDANT

According to this court's August 26, 2010 order, defendant Jesse William McGraw ("McGraw") was committed to the FCI Englewood, Littleton, Colorado, for treatment of mental disease under the provisions of 18 U.S.C. § 4241(a) and (b). The Bureau of Prisons has filed its report as required under 18 U.S.C. §§ 4241(b) and 4247 (c). Accordingly, under 18 U.S.C. § 4247(d), a hearing is necessary to determine if the court should follow the recommendations of the examiner, Dr. David E. Morrow, Ph.D., on page eight of the report. The hearing is therefore scheduled for **Wednesday, December 15, 2010** at **2:00 p.m.**

**ENTERED** this _22nd_ day of November, 2010.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

Order - Page 1