IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 3:09-CR-210-B |
| | § | |
| JESSE WILLIAM MCGRAW | § | |

## ORDER RESETTING HEARING ON COMPETENCY
## OF THE DEFENDANT

The competency hearing for the defendant Jesse William McGraw is reset to:

**Thursday, December 16, 2010, at 1:30 p.m.**
Before Judge Jane J. Boyle
Courtroom 1306, Thirteenth Floor
United States Courthouse
1100 Commerce Street
Dallas, Texas 75242

SO ORDERED.

SIGNED December 7, 2010

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

**Order - Page 1**