IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | 3:09-CR-210-B (01) |
| v. | § | |
| | § | |
| JESSE WILLIAM MCGRAW | § | |

## AMENDED SCHEDULING ORDER FOR SENTENCING

The Court adopts the following schedule for sentencing in this case:

1. The **ADDENDUM TO THE PRESENTENCE REPORT** must be disclosed to the Court, defendant, defendant's counsel, and the attorney for the Government by or before 4:00 P.M., **January 21, 2011.**

2. **WRITTEN OBJECTIONS** to the Presentence Report, or a written statement adopting the findings of the Presentence Report must be delivered by the parties to the Probation Officer, to the Court, and to each other by or before 4:00 P.M., **February 4, 2011.**

3. If written objections to the Presentence Report have been timely made, the Probation Office must disclose any **ADDENDUM** to the Presentence Report by or before 4:00 P.M., **February 11, 2011.**

4. **WRITTEN OBJECTIONS TO THE ADDENDUM** must be delivered to the Court and the Probation Officer by or before 4:00 P.M., **February 18, 2011.**

5. Any motion regarding **DOWNWARD OR UPWARD DEPARTURES or VARIANCES** from the advisory guidelines must be filed at least 14 days before

sentencing. All such motions must be **RESPONDED TO in WRITING** at least 7 days before sentencing.

      6.    **PLEASE NOTE**: Should counsel for the defendant desire to be present for the initial interview between the defendant and the U.S. Probation Officer, counsel must arrange to do so within three government business days from the date of this Order.

In any case which 18 U.S.C. §§ 3663-64 apply, counsel for the government shall provide to the U.S. Probation Officer, no later than five government business days from the date of this Order, all information necessary for the officer to comply with crime victim restitution requirements.

      7.    Sentencing will be at **March 17, 2011 at 1:30 P.M.**

SO ORDERED.

DATED:   December 17, 2010

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE