IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § | NO. 3:09-CR-210-B |
| | § | |
| JESSE WILLIAM MCGRAW (1) | § | |

# [PROPOSED] ORDER ON UNOPPOSED MOTION TO EXTEND TIME TO FILE OBJECTIONS TO PRESENTENCE REPORT

On this day the Court considered the *Motion To Extend Time to File Objections to Presentence Report* filed herein by Defendant Jesse William McGraw. After considering the same, the Court rules as follows:

_____    The motion is GRANTED, and written objections to the Presentence Report, or a written statement adopting the findings of the Presentence Report must be delivered by the parties to the Probation Officer, to the Court, and to each other by or before 4:00 p.m., February 11, 2011.

_____    The motion is DENIED.

Signed on_____, 2011.

_____
Hon. Jane J. Boyle
United States District Judge