MO-1 (3/07)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### _____ DIVISION

HONORABLE _____ PRESIDING    COURT REPORTER/TAPE:_____
DEPUTY CLERK _____        USPO_____
LAW CLERK _____        INTERPRETER _____

CR. No. _____  DEFT. No. _____

UNITED STATES OF AMERICA                     §       _____ AUSA
                                             §
v.                                           §
                                             §
                                             §
_____  §   _____
Defendant's Name                                      Counsel for Deft.  Appt-(A), Retd-(R), FPD-(F)

## SENTENCING

Date Held: _____
Hearing Type:  ☐ Sentencing Hearing - Contested  ☐ Sentencing Hearing - Non-Evidentiary
Time in Court: _____
Trial Status:   ☐ Completed by Jury Verdict  ☐ Continued from Previous Month  ☐ Directed Verdict  ☐ Evidence Entered
                ☐ Hung Jury  ☐ Jury Selection Only, continued  ☐ Jury Selection or Verdict Only (No Trial Before this Judge)
                ☐ Mistrial  ☐ Settled/Guilty Plea  ☐ None
Days in Trial: _____
Hearing Concluded: ☐ Yes  ☐ No

☐ Sentencing held.  ☐ Objections to PSI heard.  ☐ Plea agreement accepted.  ☐ Plea agreement NOT accepted.
☐ Sentencing Guidelines  ☐ Departs Upward  ☐ Departs Downward

### SENTENCING TEXT:

☐ . . Deft. placed on: Probation for _____ .
☐ . . Deft. committed to custody of the AG/BOP to be imprisoned for a TOTAL term of _____ .
☐ . . Deft. placed on: Supervised Released for _____ .
☐ . . Restitution ordered in the amount of $_____ and/or Fine imposed in the amount of $_____ .
☐ . . Count(s) _____ dismissed on government's motion.
☐ . . Order dismissing original Indictment/Information to be entered upon government's written motion.
☐ . . $_____ special assessment on Count(s) _____
      of  ☐ Complaint   ☐ Indictment   ☐ Information   ☐ Superseding Indictment   ☐ Superseding Information.
☐ . . . . . . . Deft ordered to surrender to the designated institution on _____ .
☐ . . . . . . . Deft failed to appear, bench warrant to issue.
☐ . . . . . . . Bond ☐ continued ☐ revoked
☐ . . . . . . . Deft Advised of his right to appeal.
☐ . . . . . . . Deft requests Clerk to enter notice of Appeal.
☐ . . . . . . . Deft Custody/Detention continued.
☐ . . . . . . . Deft REMANDED to custody.    Court recommends incarceration at _____ .

OTHER PROCEEDINGS/INFORMATION: _____
_____
_____
_____