IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO.  3:09-CR-210-B |
| | § | |
| JESSE WILLIAM MCGRAW (01) | § | |

### NOTICE OF APPEAL

Notice is hereby given that pursuant to 28 U.S.C. § 1291 and 18 U.S.C. §3742, defendant Jesse McGraw, through undersigned counsel, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the conviction and sentence in this matter.

Respectfully submitted,

_____
Todd A. Durden
State Bar of Texas No. 06276680
THE DURDEN LAW FIRM
5750 Rufe Snow Drive, Suite 130
North Richland Hills, Texas  76180
(817) 581–9900     fax (817) 581–9985
E-mail: durdenlawyer@att.net
*Attorney for Defendant Jesse William McGraw*

## CERTIFICATE OF SERVICE

I certify that on March 21, 2011, I electronically filed the foregoing document with the Clerk of Court for the United States District Court, Northern District of Texas, using the electronic case filing (ECF) system of the Court, and thereby served it on all counsel of record in this case.

_____
Todd A. Durden