```
 1                    UNITED STATES DISTRICT COURT
                       NORTHERN DISTRICT OF TEXAS
 2                           DALLAS DIVISION

 3  UNITED STATES OF AMERICA      *  NO. 3:09-cr-210-B
                                  *
 4        Plaintiff,              *
                                  *
 5           vs.                  *
                                  *
 6  JESSE WILLIAM McGRAW          *
                                  *  Dallas, Texas
 7        Defendants              *  July 30, 2009

 8
                          ARRAIGNMENT HEARING
 9                     BEFORE HON. IRMA RAMIREZ
                            U. S. MAGISTRATE
10

11  APPEARANCES:

12  For Plaintiff:              MR. PAUL YANOWITCH
                                U. S. Attorney's Office
13                              1100 Commerce St., Third Fl.
                                Dallas, TX 75242
14                              213/659-8634

15  For Defendant:              MR. JOHN M. NICHOLSON
                                Federal Public Defenders Ofc.
16                              525 Griffin St., Ste. 629
                                Dallas, TX. 75202
17                              214/767-2746

18  Court Transcriber:          MS. BETTY TATE
                                3101 Townbluff Dr., #923
19                              Plano, Texas 75075
                                972-5996-9442
20


21  Proceedings recorded by electronic sound recording;

22  transcript produced by transcription service.

23

24

25
```

```
 1                    P-R-O-C-E-E-D-I-N-G-S
 2
 3            THE COURT:  The Court calls United States vs.
 4   Jesse William McGraw, 3:09-cr-210-B.  Are you Mr. McGraw?
 5            MR. McGRAW:  Yes, Your Honor.
 6            THE COURT:  Mr. McGraw, have you gotten a copy of
 7   the indictment against you?
 8            MR. McGRAW:  Yes, ma'am, I have.
 9            THE COURT:  Have you gotten a chance to read it?
10            MR. McGRAW:  Yes, ma'am, I sure have.
11            THE COURT:  Do you understand what the Government
12   is charging you with in this document?
13            MR. McGRAW:  Yes, Your Honor.
14            THE COURT:  You do have the right to have those
15   charges read out loud to you at this time but you may also
16   give up the reading of the indictment.  What would you like
17   to do?
18            MR. McGRAW:  I would like to give up the reading
19   of the indictment.
20            THE COURT:  All right.  How do you plead to the
21   charges against you, guilty or not guilty?
22            MR. McGRAW:  Not guilty, Your Honor.
23            THE COURT:  A not guilty plea will be entered for
24   you.  Your case will be set for trial in front of Judge
25   Boyle.  She will issue an order that sets the date for trial
```

```
 1  and deadlines for motions, responses and pretrial materials.
 2  Your attorney will keep you posted about any developments in
 3  your case.
 4           Do you have any questions about what we've
 5  covered here today
 6           MR. McGRAW:  No, Your Honor, I do not.
 7           THE COURT:  Mr. Nicholson, anything else the
 8  Court should address?
 9           MR. NICHOLSON:  Not for the defense, Your Honor.
10           THE COURT:  And Mr. Yanowitch?
11           MR. YANOWITCH:  Nothing, Your Honor.
12           THE COURT:  All right.  Good luck to you, sir.
13  You may have a seat.  We're adjourned as to this matter.
14  Counsel are excused if they have no further matters before
15  the Court.
16                           (Hearing Concluded)
17
18  I, Betty Tate, certify that the foregoing is a correct
19  transcript from electronic sound recording of the
20  proceedings in the above-entitled matter.
21
22  Date:  April 12, 2011         s/ Betty Tate_____
23                                Betty Tate
                                  Transcriber
24                                3101 Townbluff #923
                                  Plano, TX  75075
25                                972-596-9442
```