Case # 3:09-CR-210-B

Jesse *(illegible)* McGraw

NORTHERN DISTRICT OF TEXAS
FILED
MAY 24 2011
CLERK, U.S. DISTRICT COURT
By ____ 8:00Am
Deputy

May 19, 2011

To the Honorable Judge of Said Court;

Please forgive this informal request, but I have exhausted all reasonable options in getting in contact with my appointed Counsel, Todd A. Durden of 'The Durden Law Firm' 5750 Rufe Snow Drive, Suite 130, North Richland Hills, TX, 76180, (817) 581-9900 durdenlawyer@att.net, BAR#06276680 who is representing me on appeal.

Here is a list of complications:
(a) He will not respond to any of my letters;
(b) He will not answer or return any of my wife's phone calls;
(c) He will not accept any of my e-mail requests;
(d) He will not respond to e-mails from my family or friends;
(e) He will not inform me of the status of my Sentencing transcripts or mail me discovery evidence;
(f) He withheld Brady Material at Sentencing;
(g) He tried to coerce me into "pretending" to be mentally incompetent for a downward departure
(h) He sent me on a psych-eval to Colorado, instructing me that "pretending to suffer from a mentally diminished capacity would benefit [me] at Sentencing."

I continue to request communication with him, only to receive no response at all. His assistance is completely unprofessional in nature. My request is of a remedy that is effective in benefit to my appeal.

Thank you for your consideration,

*(signature)*

Jesse McGraw
Reg# 38690-177
FCI Seagoville
P.O. Box 9000
Seagoville, TX
75159

Name Jesse McGraw
Reg. No. 39690-177
FEDERAL CORRECTIONAL INSTITUTION
P.O. Box 9000
Seagoville, TX 75159-9000

RECEIVED
MAY 24 2011

Clerk of the Court
1100 Commerce Street
Room 1452
Dallas, TX 75242