IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | NO. 3:09-CR-210-B |
| JESSE WILLIAM MCGRAW (01) | § | |

**ORDER ON MOTION TO WITHDRAW AS COUNSEL**

On this day came on to be considered the *Motion to Withdraw* filed herein by Todd A. Durden, the attorney appointed by this Court to represent Defendant, Jesse William McGraw. The motion is hereby GRANTED in all things. Attorney Todd A. Durden is permitted to withdraw, his withdrawal is recognized by the Court, and his appointment herein terminated.

SO ORDERED.

SIGNED on _____, 2011.

_____
Hon. Jane J. Boyle
UNITED STATES DISTRICT JUDGE