UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § § § | |
| | § | CRIMINAL ACTION NO. |
| v. | § § | 3:09-CR-210-B(01) |
| JESSE WILLIAM MCGRAW, | § § | ECF |
| Defendant. | § § | |

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

Before the Court is Defendant's Motion To Withdraw As Counsel (doc. 101) filed on May 27, 2011. After review of the motion, the Court finds the motions should be **GRANTED**. Mr. Todd Durden is withdrawn from further representation of Jesse William McGraw.

THEREFORE IT IS ORDERED that Kimberly S. Keller, The Keller Law Firm, 234 W. Bandera Road, #120, Boerne, TX 78006, be appointed to represent the defendant, Jesse William McGraw.

SO ORDERED.

SIGNED on the 31st day of May, 2011

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE