# IN THE UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

3:09CR210

No. 11-10302

UNITED STATES OF AMERICA,

    Plaintiff - Appellee

v.

JESSE WILLIAM MCGRAW,

    Defendant - Appellant

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
FEB 10 2012
CLERK, U.S. DISTRICT COURT
By _____ Deputy

Appeal from the United States District Court for the
Northern District of Texas, Dallas

CLERK'S OFFICE:

    Under FED. R. APP. P. 42(b), the appeal is dismissed as of February 07, 2012, pursuant to appellant's unopposed motion.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: _Mary Stewart_____
Mary C. Stewart, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

A true copy
Attest:
Clerk, U.S. Court of Appeals, Fifth Circuit
By _Mary Stewart_
New Orleans, Louisiana    FEB 07 2012

# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

February 07, 2012

Ms. Karen S. Mitchell
Northern District of Texas, Dallas
United States District Court
1100 Commerce Street
Earle Cabell Federal Building
Room 1452
Dallas, TX 75242



No. 11-10302, USA v. Jesse McGraw
   USDC No. 3:09-CR-210-1

Enclosed is a copy of the judgment issued as the mandate.

Sincerely,

LYLE W. CAYCE, Clerk

By: /s/ Mary Stewart
Mary C. Stewart, Deputy Clerk
504-310-7694

cc w/encl:
   Mr. James Nicholas Bunch
   Ms. Kimberly S. Keller