UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 3:09-CR-210-B |
| | § | |
| JESSE WILLIAM MCGRAW, | § | |
| | § | |
| Defendant. | § | |

## ORDER REFERRING MOTION

Motion for Return of Seized Property and Suppression of Evidence  **(doc. 105) is referred to United States Magistrate Judge Irma Carrillo ramirez** for hearing, if necessary, and recommendation or determination, to this Court. See 28 U.S.C.A. § 636(b) (1993).

Future pleadings concerning this motion shall be filed with a transmittal letter addressed to Magistrate Judge Irma Carrillo Ramirez so copies can be sent directly to her without delay.

SO ORDERED.

SIGNED November 5th, 2012

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE