# ATTACHMENT
(Substitution of Attorneys)

ORIGINAL

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>    Plaintiffs, )<br>v. )<br> )<br>JESSE MC GRAW, )<br> )<br>    Defendant. ) | CASE NO. 09-CR-210-B<br>13-cv-0643-B) |

### SUBSTITUTION OF ATTORNEYS

I, JESSE MC GRAW, plaintiff in the above captioned case herein move this Court to relieve my attorney, EDMUNDO ESPINOZA, as my attorney of record in the above cases and instead allow me to proceed in this matter as a PRO SE litigant. And in so doing, I understand that I will be held to the same standard of knowledge of the federal Rules of Criminal Procedure and the Local Rules for the Northern District of Texas and that I will request that I be served with court notifications, or defendant government filings, at Jesse Mc Graw, Federal Correctional Institution, FCC Complex (Low), P.O. Box 26020, Beaumont, Texas 77720.

I agree to this Substitution:

Dated: 5-21-14

_____
JESSE MCGRAW, defendant

I accept this Substitution:

Dated: 5/19/14

_____
EDMUNDO ESPINOZA, attorney

**IT IS SO ORDERED:**

Dated: _____

_____
Jane J. Boyle
U.S. District Court Judge