UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | CRIMINAL ACTION NO.: |
| V. | § | 3:09-CR-210-B |
| | § | |
| JESSE MCGRAW, | § | |
| | § | |
| Defendant. | § | |

### ORDER REFERRING MOTION

Defendant Jesse McGraw', through counsel, Motion to withdraw (doc. 115) is referred to United States Magistrate Judge Irma Carrillo Ramirez for hearing, if necessary, and recommendation or determination, to this Court. See 28 U.S.C.A. § 636(b) (1993).

Future pleadings concerning this motion <u>shall be filed with a transmittal letter addressed to Magistrate Judge Irma Carrillo Ramirez</u> so copies can be sent directly to her without delay.

SO ORDERED.

SIGNED July 7, 2014.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE