**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **JESSE WILLIAM MCGRAW,** | ) | |
| Movant, | ) | |
| vs. | ) | **No. 3:09-CR-0210-B** |
| | ) | **No. 3:13-CV-0643-B-BH** |
| **UNITED STATES OF AMERICA,** | ) | |
| Respondent. | ) | **Referred to U.S. Magistrate Judge** |

**ORDER**

Pursuant to the order of reference dated July 7, 2014, before the Court is the *Motion To Withdraw As Attorney of Record for Defendant McGraw,* filed June 27, 2014 (doc. 115). Although filed in the closed criminal case, counsel appears to seek to withdraw from representation of movant in his habeas case, Cause No. 3:13-CV-643-B. Because that habeas case was dismissed for lack of jurisdiction on February 11, 2013, the motion to withdraw appears unnecessary, since there is no pending case or appeal from which counsel may withdraw. The motion is therefore denied as moot.

To the extent that the movant seeks to have the docket in the habeas case reflect that counsel has been terminated, and that he is now *pro se,* the motion is granted. The Clerk's Office shall file a copy of the motion to withdraw and this order in the habeas case, and shall modify the docket to show that counsel has been terminated and that the movant is *pro se* in the habeas case. The Clerk's Office shall also terminate the motion in the criminal case and modify the docket in the criminal case to reflect that counsel has been terminated.

SO ORDERED this <u>8th</u> day of July, 2014.

*[signature]*
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE