B

Jan. 19, 2015, Monday       "USA v. Jesse McGraw 3:09-CR-210-B"

Honorable Judge Jane Boyle,

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JAN 26 2015
CLERK, U.S. DISTRICT COURT
By _____
Deputy

This letter consists of two parts:

¹ I have found it exhaustively impossible to compell my previous legal counsel Edmundo Espinoza, to relinquish possession of my discovery evidence CD's and Apellet record to my designated legal team coordinator Leigh Johnson, nor to Attorney Nancy Norelli, who on repeated occasions requested my files so she could review my case for appeal, but with gross misconduct Mr. Espinoza refused her requests.

Therefore, I request that this Honorable Court compell Mr. Espinoza to deliver by mail the following legal materials to my legal team coordinator, Ms. Leigh Johnson within 7 working days from the date this letter is received, so that no more time should be needlessly squandered at my expense:

· Discovery Evidence CD's previously owned by FPD John M. Nicholson;
· Discovery Evidence CD's previously owned by Attorney Todd A. Durden;
· Apellet records on CD
· The Manila envelope designated as ".pdf packet," containing typed and endorsed witness statements by Kevin A. Gibbs, Benjamin E. Nichols, Karen Green; 1 red "Mead" notebook/journal; handwritten letters from Kevin Gibbs, and all 82255 points and arguments, etc.

to: Ms. Leigh Johnson
1309 Holly Farm Rd.
Burkeville, VA 23922

² The second part of this letter involves a fatal indiscrepancy Ms. Johnson discovered by a careful analysis of John Nicholson's copies of my discovery evidence: an entire section of my Seagoville jail phone recordings has been deleted or removed from evidence. The recordings began September 5, 2009, and then end February 15, 2010. In other words, the recording from 6/14/2010 @ 8:21:59 PM

to 901-490-9755 (4 min.), and other recordings to this number which was the entire basis for which Candina Heath called upon to have me enhanced for Witness Intimidation — deleted. But my Bureau of Prisons phone records are still intact. These conveniently "missing" phone recordings were actually exculpatory Brady Materials that painted an entirely different picture of events, which I find logical to withhold if I was a certain prosecutor trying to rewrite the truth of events — such as by exhausting your patience at a sentencing hearing by exhibiting frivolous evidence that was already shown at my Preliminary Detention / Bond hearing and Arraignment, which had little to do with sentencing. So, by the time it came to building greater weight for winning her enhancement arguments, you ended up dismissing the idea of listening to the actual evidence recordings on account of moral high ground, and in favor of Candina's oral account, which is why she "saved the best for last", so to speak.

 The anger in my previous letters are not without merit, your Honor. The letters I supposedly wrote to ETA members, the phone recordings where in supposedly calling ETA members to attack the CW-1, Wesley McGrew, were <u>never</u> shown to <u>YOU</u>, only sworn oral accounts. But my stupid YouTube videos were played in Court until we were the last Court in session. Don't you ever ask yourself why?

 The "ETA" member I supposedly called was kicked out of their group after I called Kevin Gibbs and told him that the individual in question was the very guy who inadvertently narked me away to Mr. McGrew. XxxImmortalxxX 901-490-9755. This man was <u>not</u> my friend, but he owed me a favor for helping me get arrested. In that 6/14/10 phone call recording, I basically said, "I don't condone what ETA is doing with my name, and they are using my website as a platform to harass McGrew. Since I am its owner, I am giving you legal permission to destroy the ETA sites so they'll leave McGrew alone." That's what he did. Edmundo has my journal entry from that day, and letters from Kevin that reflect how ETA members refused to listen and stop engaging McGrew.

Phone recordings where I am speaking with my sister Jessica, my voice anguished from being subjected to humiliation, libel, slander, public assassination of character by news reports about me, and Wesley McGrew's public antagonizm of me, by which I am recorded discussing legal redress is not a relative form of the kind of "revenge" Candina portrayed these events as. YOU didn't get to see the evidence any more than I got to defend myself against an endless barrage of fabricated testimonies. But to say, "your prosecutor lied" is the equivilent of crying wolf, as opposed to that wolf crying "he hacked NASA and Dallas police department computers!", and though it was a false cry, I am still marred by the stigma of that image which was used to paint a whole new persona of me based on total untruthful statements.

This is relevent. Saying that tampered with computers at a Clinic that specializes in out-patient orthopedics and sports medicine doesn't carry the same connotation as saying, "he attacked a hospital's HVAC server, and he could have killed people," and not with a botnet, but with commercial remote access software?

Didn't Candina explain to you that on the other computers which actually had a live virus or botnet, that they were to be launched _from_ the Clinic, not _AT_ the clinic? Using the HVAC for personal, conventional use — as supported by hundreds of pages worth of logfiles proving it, is not the same as installing botnets on other computers with the intent to attack Anonymous. But while indeed a crime was committed, these two counts of transmitting a malicious code are in fact two seperate, unrelated intrusions — which Candina and the FBI condensed into one crime and motive: that I am senselessly evil to no ends.

You were quoted in the Dallas Morning News after my March 17, 2011 Sentencing as having sentenced me "to send a message" to other hackers. This statement of yours implies a bias motivation on your part to appeal to a political agenda. In other words, you used me to set an example. Your own statement merits a redress.

As I close from this rambling of freedom of expression, I have a final request, to please compel the Bureau of Prisons to disclose on CD the missing telephone

recordings that were used to enhance me, from dates beginning at February 15, 2010 to July 1, 2010, and release them to Ms. Leigh Johnsons' address. If this cannot be granted within a 30-day period, I will proceed by FOIA, in which it will probably be denied, and any administrative remedies on my part will be repaid by retaliation from prison officials.

Please, I've been fighting for my life for almost 6 years now. I'm so tired, but I'm never going to give up, and I'm never going to be quiet because I will have the justice I deserve. The American values of equality and justice without impartiality or bias is what I clutch to. I came from a <u>very</u> patriotic family, your Honor. That is my portion as an American. My dad Fausto was an Air Force mechanic, and my grandfathers' served in the Korean War and Vietnam - Navy and the Marines. As an American, *this* is my birthright.

Sincerely,

Jesse McGraw

Jesse McGraw
#38690-177
FCC Complex (Low)
P.O. Box 26020
Beaumont, TX 77720

NORTH HOUSTON TX 773

21 JAN 2015 PM 2 L

Jesse Mc Gra
#38690-177
FCC Complex (Low)
P.O. Box 26020
Beaumont TX, 77720

RECEIVED
JAN 26 2015

Clerk Of The Court
Dallas Court House
1100 Commerce ST
Dallas, TX 75242
United States

75244213105:2