IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO.  3:09-CR-210-B |
| JESSE WILLIAM MCGRAW | |

## **MOTION FOR DETENTION**

The United States moves for detention of defendant, **Jesse William McGraw**, pursuant to Crim. Rule 32.1(a)(6) and 18 U.S.C. §3143(a).

1. <u>Eligibility of Case.</u>   This case is eligible for a detention order because the case involves (check all that apply):

    \_\_\_\_\_ Crime of violence (18 U.S.C. §3156);

    \_\_\_\_\_ Maximum sentence life imprisonment or death

    \_\_\_\_\_ 10 + year drug offense

    \_\_\_\_\_ Felony, with two prior convictions in above categories

    \_\_\_\_\_ Serious risk defendant will flee

    \_\_\_\_\_ Serious risk obstruction of justice

    \_\_\_\_\_ Felony involving a minor victim

    \_\_\_\_\_ Felony involving a firearm, destructive device, or any other

           dangerous weapon

    \_\_\_\_\_ Felony involving a failure to register (18 U.S.C. § 2250)

    X   Petition for Supervised Release Revocation was filed

**Motion for Detention - Page 1**

2. <u>Reason for Detention.</u>  The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

    <u> X </u>  Defendant's appearance as required

    <u>     </u>  Safety of any other person and the community

3. <u>Rebuttable Presumption.</u>  The United States **will**/will not invoke the rebuttable presumption against defendant because (check one or both):

    <u>    </u>  Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. §924(c)

    <u>    </u>  Probable cause to believe defendant committed a federal crime of terrorism, 18 U.S.C. §2332b(g)(5)

    <u>    </u>  Probable cause to believe defendant committed an offense involving a minor, 18 U.S.C. §§1201, 2251

    <u>    </u>  Previous conviction for "eligible" offense committed while on pretrial bond

    <u> X </u>  Probable cause to believe Defendant violated terms of supervised release, FRCP 32.1(a)(6).

4. <u>Time For Detention Hearing.</u>  The United States requests the Court conduct the detention hearing,

    <u>    </u>  At first appearance

    <u> X </u>  After continuance of <u>  3  </u> days (not more than 3).

DATED this __8th__ day of December, 2017.

                                                Respectfully submitted,

                                                ERIN NEALY COX
                                                UNITED STATES ATTORNEY

                                                */s/ Candina S. Heath*
                                                _____
                                                CANDINA S. HEATH
                                                Assistant United States Attorney
                                                Bar No. 09347450
                                                1100 Commerce Street, Third Floor
                                                Dallas, Texas 75242-1699
                                                Telephone: 214-659-8634
                                                Facsimile: 214-659-8812
                                                Email: Candina.Heath@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on counsel for the defendant in accordance with the Federal Rules of Criminal Procedure on this 8th day of December, 2017.

                                                */s/ Candina S. Heath*
                                                _____
                                                CANDINA S. HEATH
                                                Assistant United States Attorney