# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| JUDGE: IRMA CARRILLO RAMIREZ | |
| DEPUTY CLERK Marie Castañeda | COURT REPORTER/TAPE NO: FTR |
| LAW CLERK: | USPO/PTSO: |
| INTERPRETER: | COURT TIME: 2:15 – 2:18 |
| A.M.         P.M. 2:00 | DATE: December 08, 2017 |

☐ MAG. NO.    ☑ DIST. CR. NO. 3:09-cr-00210-B       USDJ Judge Jane J. Boyle

UNITED STATES OF AMERICA    §       GEORGE LEAL_____, AUSA
                            §
v.                          §       _____ ☐
                            §
                            §       MATTHEW ARNOLD (A) ☐
                            §       COUNSEL FOR DEFENDANTS APPT – (A), Retd – (R), FPD – (F)
JESSE WILLIAM MCGRAW (1)

S/R WARRANT

☐ INITIAL APPEARANCE ☐ IDENTITY ☐ BOND HEARING ☐ PRELIMINARY HEARING
☐ DETENTION HEARING ☐ COUNSEL DETERMINATION HEARING ☐ REMOVAL HEARING ☐ EXTRADITION HEARING
☐ HEARING CONTINUED ON _____ CASE NO. _____ ☐ OTHER DISTRICT ☐ DIVISION
☐ DATE OF FEDERAL ARREST/CUSTODY: 06/26/2009 ☐ SURRENDER _____
☐ RULE 5/32 ☐ APPEARED ON WRIT
☐ DEFT FIRST APPEARANCE. DEFT ADVISED OF RIGHTS/CHARGES ☑ PROBATION/SUPERVISED RELEASE VIOLATOR
☐ DEFT FIRST APPEARANCE WITH COUNSEL.
☑ DEFT ☐ MW (MATERIAL WITNESS) _____ APPEARED ☑ WITH ☐ WITHOUT COUNSEL
☑ REQUESTS APPOINTED COUNSEL.
☑ FINANCIAL AFFIDAVIT EXECUTED.
☐ ORDER APPOINTING FEDERAL PUBLIC DEFENDER.
☑ PRIVATE COUNSEL APPOINTED MATTHEW ARNOLD
☐ DEFT HAS RETAINED COUNSEL _____
☐ ARRAIGNMENT SET ☐ DETENTION HEARING SET _____

☐ PRELIMINARY HEARING SET _____ ☐ BOND HEARING SET
☐ COUNSEL DETERMINATION HEARING SET _____
☐ IDENTITY/REMOVAL HEARING SET _____
☐ BOND ☐ SET ☐ REDUCED TO $ _____ ☐ CASH ☐ SURETY ☐ 10% ☐ PR ☐ UNS ☐ 3RD PTY ☐ MW
☐ NO BOND SET AT THIS TIME, ___ DAY DETENTION ORDER TO BE ENTERED.
☐ ORDER OF TEMPORARY DETENTION/COMMITMENT PENDING HEARING ENTERED.
☑ ORDER OF DETENTION PENDING TRIAL ENTERED. → REVOCATION HRG.
☐ DEFT ADVISED OF CONDITIONS OF RELEASE.
☐ BOND EXECUTED ☐ DEFT ☐ MW RELEASED ☐ STATE AUTHORITIES ☐ INS
☑ DEFT ☐ MW REMANDED TO CUSTODY.
☐ DEFT ORDERED REMOVED TO ORIGINATING DISTRICT.
☑ WAIVER OF ☑ PRELIMINARY HEARING ☐ RULE 5/32 HEARING ☑ DETENTION HEARING
☑ COURT FINDS PROBABLE CAUSE ☐ ID ☑ PC.
☐ DEFT FAILED TO APPEAR. ORAL ORDER FOR ISSUANCE OF BENCH WARRANT.
☐ GOVERNMENT TO NOTIFY FOREIGN CONSULAR.
☑ REMARKS: **REVOCATION HEARING SET FOR 12.21.2017 @ 1:30PM BEFORE JUDGE BOYLE**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
DEC - 8 2017
CLERK, U.S. DISTRICT COURT
By _____ Deputy