# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | §  Case No. 3:09-cr-00210-B |
| | § |
| JESSE WILLIAM MCGRAW (1) | § |

## WAIVER OF PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5 or Fed. R. Crim. P. 32.1.

Date: 12-8-17

_____
Defendant's Signature

_____
Signature of defendant's attorney

Matthew Arnor
_____
Printed name and bar number of defendant's attorney

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

DEC - 8 2017

CLERK, U.S. DISTRICT COURT
By _____
         Deputy