# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § | Case No. 3:09-cr-00210-B |
| | § § | |
| JESSE WILLIAM MCGRAW (1) | § | |

## WAIVER OF DETENTION HEARING

I understand that I have been charged with an offense in a criminal complaint or an indictment filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a detention hearing.

I agree to waive my right to a detention hearing

　　✓　without reservation.

　　____　but reserve my right to ask for a hearing if I am released from state custody while this case is pending.

　　____　but reserve my right to ask for a hearing if I am able to obtain a bond from ICE while this case is pending.

DATED this ___8___ day of __December__, 2017.

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
DEC - 8 2017
CLERK, U.S. DISTRICT COURT
By _____
Deputy

_____
Signature of Defendant

_____
Attorney for Defendant