UNITED STATES DISTRICT COURT
for
NORTHERN DISTRICT OF TEXAS

## Supplemental Petition for Offender Under Supervision

| | | | |
|---|---|---|---|
| Name of Offender: | Jesse William McGraw | Case No.: | 3:09-CR-210-B(01) |
| Name of Sentencing Judge: | U.S. District Judge Jane J. Boyle | | |
| Date of Original Sentence: | March 17, 2011 | | |
| Original Offense: | Count 1: Transmitting a Malicious Code, 18 U.S.C § 1030(a)(5)(A) & (C)(4)(B)(i)(II). Count 2: Transmitting a Malicious Code, 18 U.S.C § 1030(a)(5)(A) & (C)(4)(B)(i)(II). | | |
| Original Sentence: | 110 months custody, 3 year term of supervised release on each counts 1 and 2 to run concurrently | | |
| Revocations: | None | | |
| Type of Supervision: | Supervised Release | Date Supervision Commenced: | July 14, 2017 |
| Assistant U.S. Attorney: | Candina S. Heath | Defense Attorney: | John M. Nicholson (Court appointed) |

## Petitioning the Court for Action for Cause as Follows:

### Violation of Mandatory Condition

The defendant shall not leave the judicial district without the permission of the court or probation officer.

### Nature of Noncompliance

On November 18, 2017, Mr. McGraw was arrested by the Miami-Dade, Florida, Police Department. He was not charged with a new law offense and was subsequently detained based on the warrant issued by this Court on November 15, 2017. Mr. McGraw failed to request travel authorization for travel outside the Northern District of Texas from the U.S. Probation Office.

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Executed on December 14, 2017 | Approved, |
| s/Bruno Perez | s/Amber B. Dunn |
| U.S. Probation Officer | Supervising U.S. Probation Officer |
| Dallas, Texas | Phone: 214-753-2537 |
| Phone: 214-753-2537 | |
| Fax: 214-753-2570 | |

Jesse William McGraw
Supplemental Petition for Offender Under Supervision

---

**Order of the Court:**

☐ ~~No action.~~

☒ The supplemental violations be added to the Probation Form 12C order filed on November 15, 2017.

☐ Other or Additional:

☐ File under seal until further order of the Court.

_____
Jane J. Boyle
U.S. District Judge

_12-18-17_____
Date

BDP