



Timeline | About | Friends | Photos | More ▾

DO YOU KNOW ישי בן אשר?

To see what he shares with friends, send him a friend request.

Intro

Studied at Continental Academy

Lives in Dallas, Texas

Married

From Oceanside, California

**EXHIBIT A**

Jer 31:6 "For there shall be a day when the Nazarenes shall cry out upon the Mountains of Ephrayim, 'Arise, and let us go up to Tsiyon, to יהוה our Elohim.' "

Jer 31:7 For thus said יהוה, "Sing with gladness for Ya'aqob̲, and shout among the chief of the nations. Cry out, give praise, and say, 'O יהוה, save

Chat



## Intro

Studied at Continental Academy

Lives in Dallas, Texas

Married

From Oceanside, California

## Photos

November 18 at 7:01pm ·

Jer 31:6 "For there shall be a day when the Nazarenes shall cry out upon the Mountains of Ephrayim, 'Arise, and let us go up to Tsiyon, to יהוה our Elohim.' "

Jer 31:7 For thus said יהוה, "Sing with gladness for Ya'aqob̲, and shout among the chief of the nations. Cry out, give praise, and say, 'O יהוה, save Your people, the remnant of Yisra'ĕl!'

 Like  Comment  Share

 6

ישי בן אשר מכגרה Acts 24:5 "For having found this man a plague, who stirs up dissension among all the Yehud̲im throughout the world, and a ringleader of the sect of the Nazarenes,

Like · Reply · November 18 at 7:02pm

**Christine Elizabeth**

T-Mobile 2:07 PM 92%

egvsys.miamidade.gov

MIAMI-DADE COUNTY

Resident · Visitor · Business · Employee · Government

**In Custody Inmate Information**

**Personal Information**

Name: MCGRAW, JESSE WILLIAM

Sex: M Race: W Eye: HAZ Weight: 150 Lbs

DOB: 04/03/1984 Hair: BRO Height: 5' 7"

**Booking Information**

Jail Number: 170169319 IDS: 3177215 Loc: TGKCC

Date Booked: 11/19/2017 Time Booked: 00:25

Click to Enlarge Click to Enlarge

**Case(s) Information**

Warrant Case: TO BE SET Desc: HOLD FOR MARSHALL Bond: TO BE SET**

** Bond information posted on this case/charge may not reflect the current amount. Call the detention facility for updated information.

 Chat

Studied at Continental Academy

Lives in Dallas, Texas

Married

From Oceanside, California

Photos

LEGALISM
THE TORAH
NOT TO!

TRUTH
IS THE NEW
HATE SPEECH

הללו-יה
Halleluyah
Praise be Yah
Psalm 68:4

TRUTH
IS THE NEW
HATE SPEECH

Friends · 291

Darla Makyr Wright

Yahu Bolusan

Greg Garanzuay

Daniel Torre

Joseph Ensley

Amber Rickson

ושתי רינה יגדל'ה

Elah Elam

עדריאל אייכלר

See what you have in common with ישי בן אשר's friends.

View

Featured Albums

Like · Reply · November 21 at 9:34am

Write a comment...

ישי בן אשר מכגרה updated his profile picture.

November 18 at 6:36pm ·

Share

14

Judy Rogers Hey my handsome grandson ❤

1 · November 18 at 7:08pm

Elah Elam Looking mighty handsome in the sunlight. May Father bless you and keep you safe!

November 18 at 7:24pm

Joseph Ensley Miami?

1 · November 18 at 9:08pm

ישי בן אשר מכגרה Yes

November 18 at 9:16pm

Joseph Ensley Guesses right 🙂 How you been. Haven't seen you in a while.

1 · November 18 at 9:18pm

ישי בן אשר מכגרה What was the giveaway?

1 · November 18 at 9:24pm

Joseph Ensley replied · 1 Reply

Intro

Studied at Continental Academy

Lives in Dallas, Texas

Married

From Oceanside, California

Photos

IT IS NOT
LEGALISM
TO WANT TO OBEY
THE TORAH
IT IS A SIN
NOT TO!

TRUTH
IS THE NEW
HATE SPEECH

הללו-יה
Halleluyah
Praise be Yah
Psalm 68:4

TRUTH
IS THE NEW
HATE SPEECH

Friends · 291

Darla Makyr Wright

Yahu Bolusan

Greg Garanzuay

Daniel Torre

Joseph Ensley

Amber Rickson

ושתי רינה יגדליהו

Elah Elam

עדריאל אייכלר

See what you have in common with ישי בן אשר's friends.

View

Featured Albums

November 15 at 4:02pm ·

This is the love of my life, my wife Beatriz.

Like

Comment Share

23

1 Share

Judy Rogers So pretty

Like · Reply · 1 · November 15 at 4:06pm

Carmen Flores Yes She's beautiful God bless your wife

Like · Reply · 1 · November 15 at 6:24pm

Pamela Koltes Hi their , miss you and family allready!!! whats up for thanksgiving with family? xxx

Like · Reply · 1 · November 15 at 6:47pm

ישי בן אשר מכבה Hey sis, not sure what the plans are. What are you going to do?

Like · Reply · November 15 at 6:48pm

Photos

Friends · 291

See what you have in common with ישי בן אשר's friends.

View

Featured Albums

English (US) · Español · Português (Brasil) · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices · Cookies

Write a comment...

ישי בן אשר מכגרה

October 21 ·

From Everett Washington!

Like Comment Share

10

**Lisandra Morales** Amor

See Translation

Like · Reply · 1 · October 21 at 5:53pm

Write a comment...

Photos

Friends · 291

See what you have in common with ישי בן אשר's friends.

View

Featured Albums

English (US) · Español · Português (Brasil) · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices · Cookies · More

Facebook © 2017

Share

3

1 Share

ישי בן אשר מכגרה updated his cover photo.

July 22 ·

Share

1 Share






