# YouTube

Search

- Home
- Trending
- History
- Get YouTube Red
- Get YouTube TV

**BEST OF YOUTUBE**

- Music
- Sports
- Gaming
- Movies
- TV Shows
- News
- Live
- Spotlight
- 360° Video

- Browse channels

Sign in now to see your channels and recommendations!

[Sign in]

## Yishai Ben-Asher McGraw

Subscribe 14

Shema Yisrael. Yahuah Eloheynu. Yahuah Echad!

### Uploads


**ForYahuah**
1:16
14 views • 1 month ago


**Alma llanera. Reencuentro familiar de Venezuela**
0:51
15 views • 1 month ago


**Warning from Yashua the Messiah to the USA part 2**
0:46
19 views • 6 months ago


**America Worships God!**
3:20
43 views • 6 months ago


**The Secret of the Bible Code Foretold in Isaiah 48:6-9**
1:11
53 views • 6 months ago


**Debunking the 'No Spoken Vowels in Ancient Hebrew' Myth**
4:25
98 views • 6 months ago

### Created playlists


**Passover**
Passover Movie - The Messiah YAHUSHUA Prophecy Fulfilled    49:39
The Ten Commandments (2009) - Bible Animated Movie HD       1:24:33
The Passover Story for Seder                                5:51
View full playlist (6 videos)

### Liked videos


**Pharaoh's Daughter (Basya Schechter) - Hevel**
4:52
BasyaTunes
2,888 views • 5 years ago


**Kochav Tzedek**
3:43
Emil Zrihan - Topic
113 views • 2 years ago



**CATHOLIC RUNAWAY ESCAPES THE CATHOLIC**
4:39
Scripture Truth Ministries
23 views • 3 months ago


**HalleluYah evening meditation "I just want to go (To Zion) / You ...**
10:03
HalleluYah HalleluYah
287 views • Streamed 6 months ago


**Ancient Slavic Battle Music**
4:34
Slavic Warrior
289,828 views • 2 years ago

### Subscriptions


TheCodesearche


Scripture Truth


Triumph In Truth


YAHUAH'S


Drail_925Yahu

FisherOfMen

Devoted To Yah


SHMAmusic

Yiskah


PrincessYehudia

**EXHIBIT B**

File Edit View Favorites Tools Help

Convert ▼ Select

★ Watch YouTube videos with Chrome. Yes, get Chrome now.

☰ ▶ YouTube    Search

- 🏠 Home
- 🔥 Trending
- ⏳ History
- ▶ Get YouTube Red
- ▶ Get YouTube TV

**BEST OF YOUTUBE**

- 🎵 Music
- ⚽ Sports
- 🎮 Gaming
- 🎬 Movies
- 📺 TV Shows
- 📰 News
- 📡 Live
- ▶ Spotlight
- 🎥 360° Video

- ➕ Browse channels

Shema Yisrael, Yahuah Eloheynu, Yahuah Echad!

14 subscribers • 786 views
Joined Jan 22, 2017

Description

Shema Yisrael, Yahuah Eloheynu, Yahuah Echad!