2/26/18                                                                                         Clerk of the Court,

I am requesting a copy of my docket. My information is below.

No. 3:09-CR-210-B

RECEIVED
MAR - 2 2018
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Jesse W. McGraw
Reg # 38690-177
FCI Bastrop
P.O. Box 1010
Bastrop, TX 78602

Thanks,

[signature]

Federal Correctional Institution
Name: Jesse W. McGraw
Register No: 38690-177
PO Box 1010
Bastrop, TX 78602

AUSTIN TX 787
RIO GRANDE DISTRICT
27 FEB 2018 PM 3 L

⇔38690-177⇔
Clerk Of The Court
Dallas Court House
1100 Commerce ST
Dallas, TX 75242
United States

75242-131052

2.26.18

# United States District Court
## Northern District of Texas

*Dallas Division*

March 2, 2018

Jesse McGraw #38690-177
FCI Bastrop
PO Box 1010
Bastrop, TX 78602

Re: Your correspondence received in the U.S. District Clerk's Office on 03/02/2018
Case No./Style: 3:09-cr-210

Dear Jesse McGraw,

Enclosed is a courtesy copy of the docket sheet for the above referenced case. However, for future requests, please be advised that copies of docket sheets and/or documents require prepayment of the copy expense, currently $0.50 per page.

Sincerely,

Deputy Clerk - ALA