# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| JUDGE: | REBECCA RUTHERFORD | | |
|---|---|---|---|
| DEPUTY CLERK: | L. Price | COURT REPORTER/TAPE NO: | FTR |
| LAW CLERK: | | USPO/PTSO: | |
| INTERPRETER: | | COURT TIME: | 2:15 – 2:18 |
| A.M. | P.M. | DATE: August 15, 2018 | |

☐ MAG. NO.      ☐ DIST. CR. NO. 3:09-cr-00210-B      USDJ Judge Jane J. Boyle

UNITED STATES OF AMERICA     §
                              §     George Leal, AUSA
v.                            §
                              §     _____ ☐
                              §
                              §     Paul Lund ☐
JESSE WILLIAM MCGRAW (1)      §     COUNSEL FOR DEFENDANTS APPT – (A), Retd – (R), FPD – (F)

☑ INITIAL APPEARANCE   ☐ IDENTITY   ☐ BOND HEARING   ☐ PRELIMINARY HEARING
☐ DETENTION HEARING   ☐ COUNSEL DETERMINATION HEARING   ☐ REMOVAL HEARING   ☐ EXTRADITION HEARING
☐ HEARING CONTINUED ON _____ CASE NO. _____   ☐ OTHER DISTRICT   ☐ DIVISION
☐ DATE OF FEDERAL ARREST/CUSTODY: 06/26/2009   ☐ SURRENDER _____
☐ RULE 5/32   ☐ APPEARED ON WRIT
☑ DEFT FIRST APPEARANCE. DEFT ADVISED OF RIGHTS/CHARGES   ☐ PROBATION/SUPERVISED RELEASE VIOLATOR
☑ DEFT FIRST APPEARANCE WITH COUNSEL.
☐ DEFT   ☐ MW (MATERIAL WITNESS) _____ APPEARED   ☐ WITH   ☐ WITHOUT COUNSEL
☑ REQUESTS APPOINTED COUNSEL.
☑ FINANCIAL AFFIDAVIT EXECUTED.
☐ ORDER APPOINTING FEDERAL PUBLIC DEFENDER.
☑ PRIVATE COUNSEL APPOINTED _____
☐ DEFT HAS RETAINED COUNSEL _____
☐ ARRAIGNMENT SET   ☐ DETENTION HEARING SET _____
☐ PRELIMINARY HEARING SET _____   ☐ BOND HEARING SET _____
☐ COUNSEL DETERMINATION HEARING SET _____
☐ IDENTITY/REMOVAL HEARING SET _____
☐ BOND   ☐ SET   ☐ REDUCED TO $ _____   ☐ CASH   ☐ SURETY   ☐ 10%   ☐ PR   ☐ UNS   ☐ 3RD PTY   ☐ MW
☐ NO BOND SET AT THIS TIME, ___ DAY DETENTION ORDER TO BE ENTERED.
☐ ORDER OF TEMPORARY DETENTION/COMMITMENT PENDING HEARING ENTERED.
☑ ORDER OF DETENTION PENDING TRIAL ENTERED.
☐ DEFT ADVISED OF CONDITIONS OF RELEASE.
☐ BOND EXECUTED   ☐ DEFT   ☐ MW RELEASED   ☐ STATE AUTHORITIES   ☐ INS
☑ DEFT   ☐ MW REMANDED TO CUSTODY.
☐ DEFT ORDERED REMOVED TO ORIGINATING DISTRICT.
☑ WAIVER OF   ☑ PRELIMINARY HEARING   ☐ RULE 5/32 HEARING   ☑ DETENTION HEARING
☐ COURT FINDS PROBABLE CAUSE   ☐ ID   ☐ PC.
☐ DEFT FAILED TO APPEAR. ORAL ORDER FOR ISSUANCE OF BENCH WARRANT.
☐ GOVERNMENT TO NOTIFY FOREIGN CONSULAR.
☐ REMARKS: _____

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
AUG 15 2018
CLERK, U.S. DISTRICT COURT
By _____ Deputy