IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | SEALED |
| v. | NO. 3:09-CR-210-B-1 |
| JESSE WILLIAM MCGRAW | |

### MOTION FOR DETENTION

The United States moves for pretrial detention of defendant, JESSE WILLIAM MCGRAW, pursuant to 18 U.S.C. §3142(e) and (f).

1. <u>Eligibility of Case.</u>  This case is eligible for a detention order because the case involves (check all that apply):

    \_\_\_\_ Crime of violence (18 U.S.C. §3156);

    \_\_\_\_ Maximum sentence life imprisonment or death

    \_\_\_\_ 10 + year drug offense

    \_\_\_\_ Felony, with two prior convictions in above categories

    \_X\_\_ Serious risk defendant will flee

    \_\_\_\_ Serious risk obstruction of justice

    \_\_\_\_ Felony involving a minor victim

    \_\_\_\_ Felony involving a firearm, destructive device, or any other dangerous weapon

    \_\_\_\_ Felony involving a failure to register (18 U.S.C. § 2250)

Motion for Detention - Page 1

2. <u>Reason for Detention.</u>  The Court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

    __X__ Defendant's appearance as required

    ____ Safety of any other person and the community

3. <u>Rebuttable Presumption.</u>  The United States will invoke the rebuttable presumption against defendant because (check one or both):

    ____ Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. §924(c)

    ____ Probable cause to believe defendant committed a federal crime of terrorism, 18 U.S.C. §2332b(g)(5)

    ____ Probable cause to believe defendant committed an offense involving a minor, 18 U.S.C. §§1201, 2251

    ____ Previous conviction for "eligible" offense committed while on pretrial bond

**NOTHING FURTHER ON THIS PAGE**

4. <u>Time For Detention Hearing.</u>  The United States requests the Court conduct the detention hearing,

\_\_\_\_ At first appearance

_X_ After continuance of __1__ day (not more than 3).

DATED this __15th__ day of AUGUST, 2018.

        Respectfully submitted,

        ERIN NEALY COX
        UNITED STATES ATTORNEY

        George Leal
        Assistant United States Attorney
        Texas State Bar No. 00794150
        1100 Commerce Street, Third Floor
        Dallas, Texas 75242-1699
        Telephone: 214-659-8600
        Facsimile: 214-659-8812
        Email: George.Leal@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing will be served on counsel for the defendant in accordance with the Federal Rules of Criminal Procedure.

        George Leal
        Assistant United States Attorney

**Motion for Detention - Page 3**