# United States District Court
## Northern District of Texas
### Dallas Division

US MARSHALS SERVICE N/TX
DALLAS, TEXAS

2018 MAY 24 PM 3:41

UNITED STATES OF AMERICA

V.

Jesse William McGraw

CASE NUMBER: 3:09-cr-00210-B

MAG. CASE NUMBER: _____

To: The United States Marshal
and any Authorized United States Officer

## WARRANT FOR ARREST OF PROBATIONER/SUPERVISED RELEASEE

You are hereby commanded to arrest the within-named probationer/supervised releasee and bring him/her, forthwith, before the United States District Court to answer charges that he/she violated the conditions of his/her probation/supervised release imposed by the Court.

NAME OF PROBATIONER/SUPERVISED RELEASEE:

Jesse William McGraw

ADDRESS (STREET, CITY, STATE):

Unknown

| PROBATION/SUPERVISED RELEASE IMPOSED BY (NAME OF COURT): | DATE IMPOSED |
|---|---|
| U.S. District Court for the Northern District of Texas, Dallas Division | 03/22/2011 |

TO BE BROUGHT BEFORE (JUDGE, NAME OF COURT, CITY, STATE):

U.S. District Court for the Northern District of Texas, Dallas Division

_Karen Mitchell_
Karen Mitchell, U.S. District Court Clerk

s/E. Monk
(By) Deputy Clerk

5/24/2018
Date

---

## RETURN

Warrant received and executed.

Date Received: 8/15/18

Date Executed: 8/15/18

Executing Agency (Name and Address)

USMS, Dallas TX 76053

Name: _____ (By) _____ Date: 8/15/18

USMS

1735386