IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ( | 3:09-CR-00210-B-1 |
|     Government, | ( | |
| | ( | |
| | ( | |
| VERSUS | ( | DALLAS, TEXAS |
| | ( | |
| | ( | |
| | ( | |
| JESSE WILLIAM MCGRAW | ( | |
|     Defendant. | ( | SEPTEMBER 18, 2018 |

TRANSCRIPT OF REVOCATION OF SUPERVISED RELEASE

BEFORE THE HONORABLE JANE J. BOYLE

UNITED STATES DISTRICT JUDGE

A P P E A R A N C E S:

FOR THE GOVERNMENT:   PAUL YANOWITCH
                                 UNITED STATES DEPARTMENT OF JUSTICE
                                 NORTHERN DISTRICT OF TEXAS
                                 U.S. Courthouse, Third Floor
                                 Dallas, Texas 75242
                                 paul.yanowitch@usdoj.gov
                                 214.659.8600

```
FOR THE DEFENDANT:   PAUL TALIAFERRO LUND
                     Burleson Pate & Gibson
                     Founders Square
                     900 Jackson Street, Suite 330
                     Dallas, TX 75202
                     214-871-4900
                     Fax: 214-613-1067
                     Email: plund@bp-g.com




     COURT REPORTER:   PAMELA J. WILSON, RMR, CRR
                       pam_wilson@txnd.uscourts.gov
                       1100 Commerce Street, Room 1535
                       Dallas, Texas 75242
                       214.662.1557
```

Proceedings reported by mechanical stenography, transcript produced by computer.

REVOCATION OF SUPERVISED RELEASE - SEPTEMBER 18, 2018

**P R O C E E D I N G S**

THE CLERK: All rise.

The United States District Court in and for the Northern District of Texas at Dallas issue now in session, the honorable United States District Judge Jane J. Boyle presiding.

Let us pray.

God bless these United States and this Honorable Court.

Please be seated.

THE COURT: Good afternoon. I've got a couple of cases this afternoon and I'll call them in the order that I'm going to take them up in.

The first one is U.S. versus Jesse William McGraw, 3:09-CR-210.

Second one is U.S. versus Martin Aleman-Torres, 3:18-CR-426 for a not guilty plea.

The second is a re-arraignment on Vanessa Adriana Valls, 3:17-645.

Then sentencing in U.S. versus Adan Bustos-Barron, 3:17-CR-237.

And finally, U.S. versus Kenneth Anthony Crespo, 3:18-CR-241.

So let's start with the McGraw case, if we could.

MR. YANOWITCH: Paul Yanowitch for the government,

```
 1   Your Honor.
 2            MR. LUND:  Paul Lund for Mr. McGraw, Your Honor.
 3            THE COURT:  Thank you very much.  Sorry for the --
 4   for the confusion.
 5       I simply wanted to resentence him.  I will be glad to
 6   let you say anything you'd like to say before I do so.
 7            MR. LUND:  Your Honor, we'll stand on the previous
 8   arguments primarily.  I would simply note again that while
 9   this is his second revocation, the range is 3 to 9 months.
10   He's committed no violent crimes or any other crimes.
11       While he did not report, that is certainly a violation.
12   I would simply ask the court to consider less than the
13   maximums the court is inclined to impose based on its ruling
14   on Thursday.
15            THE COURT:  Mr. McGraw.
16       Do you want to say anything?
17            MR. LUND:  He's again asked that I speak for him,
18   judge.
19            THE COURT:  Okay.  Mr. Yanowitch.
20       If you-all will step aside.
21       Do you want to say anything?
22            MR. YANOWITCH:  No, Your Honor.  I think the
23   arguments have been made at the prior sentencing hearing.
24            THE COURT:  Okay.  Okay.
25            MR. YANOWITCH:  Thank you.
```

```
 1          THE COURT:  The sentence then is 24 months per
 2  count to run concurrently for a total of 24 months in
 3  custody.
 4      Mr. McGraw, you have a right to appeal this sentence.
 5      You can -- if you decide to appeal you're entitled to
 6  court-appointed counsel to represent you for the appeal.
 7      Mr. Lund, would you talk to him about whether or not he
 8  wants to appeal the sentence --
 9          MR. LUND:  I will, Your Honor.
10          THE COURT:  -- and get the sentence -- get the
11  notice of appeal timely filed within 14 days of the date of
12  the court's judgment.
13          MR. LUND:  I will do so, Your Honor.
14      And I would simply ask the court note our objection for
15  record purposes as to the procedural and substantive and
16  reasonableness of the sentence.
17          THE COURT:  Okay.  I will so notice, and overrule.
18      Okay.  If there is nothing else Mr. McGraw is remanded
19  into custody.
20          MR. LUND:  Thank you.
21          MR. YANOWITCH:  May I be excused?
22          THE COURT:  You may.
23                  (End of proceedings.)
24
25
```

## C E R T I F I C A T I O N

I, PAMELA J. WILSON, CSR, certify that the foregoing is a transcript from the record of the proceedings in the foregoing entitled matter.

I further certify that the transcript fees format comply with those prescribed by the Court and the Judicial Conference of the United States.

This the 1st day of November, 2018.

s/Pamela J. Wilson
_____
PAMELA J. WILSON, RMR, CRR
Official Court Reporter
The Northern District of Texas
Dallas Division