# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

_____

No. 18-11259
_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee

v.

JESSE WILLIAM MCGRAW, also known as GhostExodus,

    Defendant - Appellant

_____

Appeal from the United States District Court
for the Northern District of Texas

_____

O R D E R:

    IT IS ORDERED that the motion of attorney, Paul Taliaferro Lund, to withdraw as court-appointed counsel is GRANTED.

Signed:  8-14-2019

                                    _____/s/ Catharina Haynes_____
                                            CATHARINA HAYNES
                                   UNITED STATES CIRCUIT JUDGE

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**  
**CLERK**

**TEL. 504-310-7700**  
**600 S. MAESTRI PLACE,**  
**Suite 115**  
**NEW ORLEANS, LA 70130**

August 15, 2019

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 18-11259    USA v. Jesse McGraw  
                       USDC No. 3:09-CR-210-1

Enclosed is an order entered in this case.

                       Sincerely,

                       LYLE W. CAYCE, Clerk

                       By: _____  
                       Melissa B. Courseault, Deputy Clerk  
                       504-310-7701

Mr. Paul Taliaferro Lund  
Mr. Jesse William McGraw  
Ms. Karen S. Mitchell  
Ms. Leigha Amy Simonton  
Ms. Melanie Smith