# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 18-11259
Summary Calendar

D.C. Docket No. 3:09-CR-210-1

United States Court of Appeals
Fifth Circuit
**FILED**
August 8, 2019
Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

    Plaintiff - Appellee

v.

JESSE WILLIAM MCGRAW, also known as GhostExodus,

    Defendant - Appellant

Appeal from the United States District Court for the
Northern District of Texas

Before WIENER, HAYNES, and ENGELHARDT, Circuit Judges.

## J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is affirmed.



**A True Copy**
**Certified order issued Aug 30, 2019**

*Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

## *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

August 30, 2019

Ms. Karen S. Mitchell
Northern District of Texas, Dallas
United States District Court
1100 Commerce Street
Earle Cabell Federal Building
Room 1452
Dallas, TX 75242

    No. 18-11259   USA v. Jesse McGraw
                     USDC No. 3:09-CR-210-1

Dear Ms. Mitchell,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____
                            Roeshawn A. Johnson, Deputy Clerk
                            504-310-7998

cc:   Mr. Jesse William McGraw
      Ms. Leigha Amy Simonton
      Ms. Melanie Smith